**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:            Triumph Foods, LLC et al v. Campbell et al

District Court Number:   23cv11671-WGY

Fee:    Paid?   Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending      Yes ____ No  X        Sealed documents      Yes ____ No  X
*If yes, document #* _____      *If yes, document #* _____

*Ex parte* documents  Yes ____ No  X        Transcripts           Yes  X  No ____
*If yes, document #* _____      *If yes, document #*  40,78,103,118,169

Notice of Appeal filed by: Plaintiff/Petitioner  X   Defendant/Respondent ____   Other: ____

Appeal from:

#66 Electronic Clerk's Notes/Order, #99 Electronic Clerk's Notes/Order, #171 Memorandum and Order, #172 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

**#66, #99, #171, #172, and #173**

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  173  filed on  August 13, 2024 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  August 15, 2024 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:23-cv-11671-WGY

Triumph Foods, LLC et al v. Campbell et al
Assigned to: Judge William G. Young
Cause: Constitutionality of State Statutes

Date Filed: 07/25/2023
Date Terminated: 07/22/2024
Jury Demand: None
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Triumph Foods, LLC**
*Individually and on Behalf of Its Members*

represented by **Robert L. Peabody**
Husch Blackwell LLP
One Congress Street
Suite 3120
Boston, MA 02108
617-598-6732
Fax: 617-720-5092
Email:
robert.peabody@huschblackwell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryann Glenn**
Husch Blackwell LLP
14606 Branch Street
Suite 200
Omaha, NE 68154
402-964-5000
Email: ryann.glenn@huschblackwell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cynthia Cordes**
Husch Blackwell LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112
816-983-8381
Fax: 816-983-8080
Email:
cynthia.cordes@huschblackwell.com
*ATTORNEY TO BE NOTICED*

**Michael Thomas Raupp**
Husch Blackwell LLP
4801 Main St.
Suite 1000

Kansas City, MO 64112
816-983-8324
Email:
michael.raupp@huschblackwell.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christensen Farms Midwest, LLC**      represented by   **Robert L. Peabody**
*Individually and on Behalf of Its Members*                      (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ryann Glenn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cynthia Cordes**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Thomas Raupp**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Hanor Company of Wisconsin, LLC**   represented by   **Robert L. Peabody**
*Individually and on Behalf of Its Members*                      (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ryann Glenn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Cynthia Cordes**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Thomas Raupp**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**New Fashion Pork, LLC**               represented by   **Robert L. Peabody**
*Individually and on Behalf of Its Members*                      (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Ryann Glenn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

Cynthia Cordes
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Thomas Raupp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eichelberger Farms, Inc.**                   represented by   **Robert L. Peabody**
*Individually and on Behalf of Its Members*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ryann Glenn**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Cynthia Cordes**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael Thomas Raupp**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allied Producers' Cooperative**              represented by   **Robert L. Peabody**
*Individually and on Behalf of Its Members*                    (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Ryann Glenn**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Cynthia Cordes**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael Thomas Raupp**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Andrea Joy Campbell**                        represented by   **Maryanne Reynolds**
*Attorney General of Massachusetts*                            Office of the Attorney General
                                                               One Ashburton Place

Boston, MA 02108
774-214-4407
Email: maryanne.reynolds@state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Grace Gohlke**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2527
Email: grace.gohlke@mass.gov
*ATTORNEY TO BE NOTICED*

**Vanessa Azniv Arslanian**
Office of Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
617-963-2107
Email: vanessa.arslanian@mass.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ashley Randle**                              represented by   **Maryanne Reynolds**
*Massachusetts Commissioner of*                                (See above for address)
*Agriculture*                                                  *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Grace Gohlke**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Vanessa Azniv Arslanian**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Amicus**

**Humane Society of the United States,**        represented by   **Kimberly D. Ockene**
**The**                                                         The Humane Society of the United States
                                                               2100 L Street, NW
                                                               Washington, DC 20009
                                                               202-285-1388
                                                               Email: kockene@humanesociety.org
                                                               *ATTORNEY TO BE NOTICED*

**Amicus**

**Animal Legal Defense Fund**                   represented by   **Kimberly D. Ockene**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Amicus**

**Animal Equality**                     represented by  **Kimberly D. Ockene**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**The Humane League**                   represented by  **Kimberly D. Ockene**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Farm Sanctuary**                      represented by  **Kimberly D. Ockene**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Compassion in World Farming USA**     represented by  **Kimberly D. Ockene**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Animal Outlook**                      represented by  **Kimberly D. Ockene**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**State of Iowa**                       represented by  **David M. Jellinek**
                                                        Law Office of David Jellinek
                                                        Suite 1
                                                        1163 Walnut Street
                                                        Newton, MA 02461
                                                        857-234-0135
                                                        Email: jellinek@djellineklaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric H Wessan**
                                                        Iowa Department of Justice
                                                        Solicitor General
                                                        1305 Walnut St.
                                                        Des Moines, IA 50319
                                                        515-823-9117
                                                        Email: eric.wessan@ag.iowa.gov
                                                        *ATTORNEY TO BE NOTICED*

<u>Amicus</u>
**Animal Wellness Action**              represented by  **Adam F. Keats**
                                                        Law Office of Adam Keats
                                                        2489 Mission St Ste 16
                                                        San Francisco, CA 94110
                                                        415-964-0070
                                                        Email: adam@keatslaw.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Jessica L. Blome**
Greenfire Law, PC
2478 Adeline St.
Suite A
Berkeley, CA 94703
510-900-9502
Fax: 510-900-9502
Email: jblome@greenfirelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Animal Wellness Foundation**                    represented by    **Adam F. Keats**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Blome**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for a Humane Economy**                   represented by    **Adam F. Keats**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Blome**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2023 | 1 | COMPLAINT against All Defendants Filing fee: $ 402, receipt number AMADC-9963211 (Fee Status: Filing Fee paid), filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Form Category Form) (Peabody, Robert) (Entered: 07/25/2023) |
| 07/25/2023 | 2 | NOTICE of Appearance by Robert L. Peabody on behalf of Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC (Peabody, Robert) (Entered: 07/25/2023) |
| 07/25/2023 | 3 | MOTION for Leave to File *Plaintiffs' Complaint for Injunctive and Declaratory Relief Under Seal* by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Peabody, Robert) (Entered: 07/25/2023) |

| 07/25/2023 | 4 | MEMORANDUM in Support re 3 MOTION for Leave to File *Plaintiffs' Complaint for Injunctive and Declaratory Relief Under Seal* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Peabody, Robert) (Entered: 07/25/2023) |
|---|---|---|
| 07/26/2023 | 5 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (Cook, Savannah) (Entered: 07/26/2023) |
| 07/26/2023 | 6 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Quilter, Madison) (Entered: 07/26/2023) |
| 07/26/2023 | 7 | MOTION for Leave to Appear Pro Hac Vice for admission of Ryann A. Glenn Filing fee: $ 125, receipt number AMADC-9965108 by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Peabody, Robert) (Additional attachment(s) added on 7/27/2023: # 1 Exhibit A) (Paine, Matthew). (Main Document 7 replaced on 7/27/2023) (Paine, Matthew).<br><br>**Modified on 7/27/2023 to Correct PDF as Counsel Incorrectly Filed the Motion and Exhibit as One Long PDF File (Paine, Matthew).**<br><br>(Entered: 07/26/2023) |
| 07/26/2023 | 8 | MOTION for Leave to Appear Pro Hac Vice for admission of Michael T. Raupp Filing fee: $ 125, receipt number AMADC-9965110 by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Peabody, Robert) (Additional attachment(s) added on 7/27/2023: # 1 Exhibit A) (Paine, Matthew). (Main Document 8 replaced on 7/27/2023) (Paine, Matthew).<br><br>**Modified on 7/27/2023 to Correct PDF as Counsel Incorrectly Filed the Motion and Exhibit as One Long PDF File (Paine, Matthew).**<br><br>(Entered: 07/26/2023) |
| 07/27/2023 | 9 | Judge William G. Young: ELECTRONIC ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Ryann A. Glenn.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney. |

| 07/27/2023 | 10 | Judge William G. Young: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice Added Michael T. Raupp. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (Paine, Matthew) (Entered: 07/27/2023) |
| 07/27/2023 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Cynthia L. Cordes Filing fee: $ 125, receipt number AMADC-9965423 by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Peabody, Robert) (Additional attachment(s) added on 7/27/2023: # 1 Exhibit A) (Paine, Matthew). (Main Document 11 replaced on 7/27/2023) (Paine, Matthew). |
| | | **Modified on 7/27/2023 to Correct PDF as Counsel Incorrectly Filed the Motion and Exhibit as One Long PDF File (Paine, Matthew).** |
| | | (Entered: 07/27/2023) |
| 07/27/2023 | 12 | Judge William G. Young: ELECTRONIC ORDER entered granting 11 Motion for Leave to Appear Pro Hac Vice Added Cynthia L. Cordes. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (Paine, Matthew) (Entered: 07/27/2023) |
| 07/28/2023 | 13 | Judge William G. Young: ELECTRONIC ORDER entered denying 3 MOTION for Leave to File Plaintiffs' Complaint for Injunctive and Declaratory Relief Under Seal (Paine, Matthew) (Entered: 07/28/2023) |
| 07/28/2023 | 14 | NOTICE of Appearance by Ryann Glenn on behalf of Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC (Glenn, Ryann) (Entered: 07/28/2023) |

| 07/28/2023 | 15 | NOTICE of Appearance by Cynthia Cordes on behalf of Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC (Cordes, Cynthia) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 16 | NOTICE of Appearance by Michael Thomas Raupp on behalf of Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC (Raupp, Michael) (Entered: 07/28/2023) |
| 07/31/2023 | 17 | AMENDED COMPLAINT against All Defendants, filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 07/31/2023) |
| 08/03/2023 | 18 | NOTICE of Appearance by Maryanne Reynolds on behalf of Andrea Joy Campbell, Ashley Randle (Reynolds, Maryanne) (Entered: 08/03/2023) |
| 08/03/2023 | 19 | WAIVER OF SERVICE Returned Executed by Allied Producers' Cooperative, The Hanor Company of Wisconsin, LLC, Christensen Farms Midwest, LLC, New Fashion Pork, LLC, Triumph Foods, LLC, Eichelberger Farms, Inc.. Andrea Joy Campbell waiver sent on 7/31/2023, answer due 10/1/2023. (Glenn, Ryann) **Modified on 8/3/2023 to Correct Docket Text/Answer Date as Counsel Glenn Entered the Wrong Waiver Date as to the Defendant (Paine, Matthew).** (Entered: 08/03/2023) |
| 08/03/2023 | 20 | WAIVER OF SERVICE Returned Executed by Allied Producers' Cooperative, The Hanor Company of Wisconsin, LLC, Christensen Farms Midwest, LLC, New Fashion Pork, LLC, Triumph Foods, LLC, Eichelberger Farms, Inc.. Ashley Randle waiver sent on 7/31/2023, answer due 10/1/2023. (Glenn, Ryann) **Modified on 8/3/2023 Correct Docket Text/Answer Date as Counsel Glenn Entered the Wrong Waiver Date as to the Defendant (Paine, Matthew).** (Entered: 08/03/2023) |
| 08/03/2023 | 21 | NOTICE of Appearance by Grace Gohlke on behalf of Andrea Joy Campbell, Ashley Randle (Gohlke, Grace) (Entered: 08/03/2023) |
| 08/03/2023 | 22 | NOTICE of Appearance by Vanessa Azniv Arslanian on behalf of Andrea Joy Campbell, Ashley Randle (Arslanian, Vanessa) (Entered: 08/03/2023) |
| 08/03/2023 | 23 | Reset Answer/Response Deadlines: Andrea Joy Campbell 10/1/2023; Ashley Randle 10/1/2023. (Paine, Matthew) (Entered: 08/03/2023) |
| 08/03/2023 | 24 | Joint MOTION for Leave to File Excess Pages by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Glenn, Ryann) (Entered: 08/03/2023) |
| 08/04/2023 | 25 | Judge William G. Young: ELECTRONIC ORDER entered denying 24 Joint Motion for Leave to File Excess Pages. (Gaudet, Jennifer) (Entered: 08/04/2023) |
| 08/07/2023 | 26 | MOTION for Preliminary Injunction by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The |

| | | |
|---|---|---|
| | | Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Glenn, Ryann) (Entered: 08/08/2023) |
| 08/08/2023 | 27 | MEMORANDUM in Support re 26 MOTION for Preliminary Injunction filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. 1 - Declaration of Matt England, # 2 Exhibit Ex. 2 - Declaration of New Fashion Pork, # 3 Exhibit Ex. 3 - Declaration of Hanor Company, # 4 Exhibit Ex. 4 - Declaration of Christensen Farms, # 5 Exhibit Ex. 5 - Declaration of Allied Producers' Cooperative, # 6 Exhibit Ex. 6 - Declaration of Eichelberger Farms, # 7 Exhibit Ex. 7 - Declaration of Dr. Salak-Johnson, # 8 Exhibit Ex. 8 - Declaration of Dr. Jayson Lusk)(Glenn, Ryann) (Entered: 08/08/2023) |
| 08/08/2023 | 28 | ELECTRONIC NOTICE Setting Hearing on Motion 26 MOTION for Preliminary Injunction : Motion Hearing (non-evidentiary) set for 9/6/2023 at 10:00 AM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 08/08/2023) |
| 08/17/2023 | 29 | MOTION for Extension of Time to August 25, 2023 to Respond to Motion for Preliminary Injunction by Andrea Joy Campbell, Ashley Randle.(Reynolds, Maryanne) Modified on 8/18/2023 to correct event (Gaudet, Jennifer). (Entered: 08/17/2023) |
| 08/18/2023 | 30 | Judge William G. Young: ELECTRONIC ORDER entered granting 29 MOTION for Extension of Time to File Response/Reply, 26 MOTION for Preliminary Injunction . Response due on or by 8/25/2023. (Gaudet, Jennifer) (Entered: 08/18/2023) |
| 08/23/2023 | 31 | CORPORATE DISCLOSURE STATEMENT by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 08/23/2023) |
| 08/23/2023 | 32 | MOTION to Intervene by Humane Society of the United States, The, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming USA, Animal Outlook. (Attachments: # 1 [Proposed] Defendant-Intervenors' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction)(Ockene, Kimberly) (Entered: 08/23/2023) |
| 08/23/2023 | 33 | MEMORANDUM in Support re 32 MOTION to Intervene filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League. (Attachments: # 1 Declaration of Chris Holbein, # 2 Declaration of Kera Melrose, # 3 Declaration of Hannah Truxell, # 4 Declaration of Benjamin Williamson, # 5 Declaration of Cheryl Leahy, # 6 Declaration of Gene Baur, # 7 Declaration of Sarah Hanneken)(Ockene, Kimberly) (Entered: 08/23/2023) |
| 08/23/2023 | 34 | DECLARATION re 27 Memorandum in Support of Motion,,, *Supplemental Declaration* by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 08/23/2023) |
| 08/25/2023 | 35 | Opposition re 26 MOTION for Preliminary Injunction filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Affidavit of Vanessa Arslanian) (Gohlke, Grace) (Entered: 08/25/2023) |
| 09/01/2023 | 36 | Assented to MOTION for Leave to File *Reply Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction* by Allied Producers' Cooperative, |

| | | Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Exhibit A - Proposed Reply Memorandum iso Plaintiffs' Motion for Preliminary Injunction, # 2 Exhibit Exhibit 1 - Declaration of Matthew England iso Proposed Reply Memorandum)(Glenn, Ryann) (Entered: 09/01/2023) |
|---|---|---|
| 09/05/2023 | 37 | Judge William G. Young: ELECTRONIC ORDER entered granting 36 Assented to MOTION for Leave to File Reply Memorandum ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Paine, Matthew) (Entered: 09/05/2023) |
| 09/05/2023 | 38 | REPLY to Response to 26 MOTION for Preliminary Injunction *Leave to File Granted on September 5, 2023* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Exhibit 1 - Declaration of Matt England)(Glenn, Ryann) (Main Document 38 replaced on 9/5/2023) (Paine, Matthew). (Entered: 09/05/2023) |
| 09/06/2023 | 39 | Opposition re 32 MOTION to Intervene filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 09/06/2023) |
| 09/06/2023 | 42 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 9/6/2023 re 26 MOTION for Preliminary Injunction filed by Christensen Farms Midwest, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC, Allied Producers' Cooperative, New Fashion Pork, LLC, Eichelberger Farms, Inc. The Court enters an order collapsing 26 Motion for Preliminary Injunction with trial on the merits in accordance with Rule 65(a)(1). Further hearing set for October 10, 2023 at 2:00 PM. The Court will proceed case stated if the parties agree. Counsel shall notify the Court on how they wish to proceed. (Hearing set for 10/10/2023 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young.) (Court Reporter: Richard Romanow at bulldog@richromanow.com.)(Attorneys present: Attorneys Peabody, Glenn, Cordes and Raupp for the plaintiffs and Attorneys Arslanian and Gohlke for the defendants) (Gaudet, Jennifer) (Entered: 09/12/2023) |
| 09/08/2023 | 40 | Transcript of Motion Hearing held on September 6, 2023, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at bulldog@richromanow.com. Redaction Request due 9/29/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/7/2023. (McDonagh, Christina) (Entered: 09/08/2023) |
| 09/08/2023 | 41 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (McDonagh, Christina) (Entered: 09/08/2023) |
| 09/13/2023 | 43 | MOTION for Leave to File *Reply Memorandum of Law in Support of Proposed Defendant-Intervenors' Motion to Intervene* by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League. |

| | | (Attachments: # 1 Exhibit A - [Proposed] Reply Memorandum)(Ockene, Kimberly) (Entered: 09/13/2023) |
|---|---|---|
| 09/14/2023 | 44 | Judge William G. Young: ELECTRONIC ORDER entered granting 43 Motion for Leave to File Reply Memorandum of Law in Support of Proposed Defendant-Intervenors' Motion to Intervene by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Gaudet, Jennifer) (Entered: 09/14/2023) |
| 09/14/2023 | 45 | STATUS REPORT *(Joint)* by Andrea Joy Campbell, Ashley Randle. (Arslanian, Vanessa) (Entered: 09/14/2023) |
| 09/14/2023 | 46 | MOTION to Set Briefing Schedule and Request for Hearing on Motion to Dismiss, and to Continue Proceedings Under Fed. R. Civ. P. 65(a)(2) by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Text of Proposed Order)(Arslanian, Vanessa) (Entered: 09/14/2023) |
| 09/18/2023 | 47 | REPLY to Response to 32 MOTION to Intervene filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League. (Ockene, Kimberly)<br><br>**Modified on 9/27/2023 to Correct Docket Text and CM/ECF Filing Event (Paine, Matthew).**<br><br>(Entered: 09/18/2023) |
| 09/19/2023 | 48 | Judge William G. Young: ELECTRONIC ORDER entered re 45 Joint Status Report. **The defendants shall file their motion to dismiss no later than Thursday, September 28, 2023 by 12:00 noon. The Court will hear argument on the motion at 3:00 PM, Monday, October 2, 2023. Should the motion be denied in whole or in part, the Court will proceed at once to hold a final pre-trial conference. At that time the Court will resolve the issues remaining herein.** (Motion Hearing set for 10/2/2023 03:00 PM in Courtroom 18 (In person only) before Judge William G. Young.)(Gaudet, Jennifer) (Entered: 09/19/2023) |
| 09/19/2023 | 49 | Judge William G. Young: ELECTRONIC ORDER entered finding as moot 46 Motion to Set Briefing Schedule and Request for Hearing on Motion to Dismiss, and to Continue Proceedings Under Fed. R. Civ. P. 65(a)(2) by Andrea Joy Campbell, Ashley Randle. *See Order entered 9/19/2023. Docket entry 48 .* (Gaudet, Jennifer) (Entered: 09/19/2023) |
| 09/19/2023 | 50 | Judge William G. Young: ELECTRONIC ORDER entered denying 32 Motion to Intervene.<br><br>The motion to intervene is denied as it appears the proposed intervenors' interests are adequately represented by the Commonwealth defendants.<br><br>The Court welcomes the proposed intervenors as amici curiae. They shall receive notice of all filings in this case and may submit briefs on every issue.<br><br>Should it become apparent that the Court needs to receive evidence in this case about genuinely disputed facts, the Court will reconsider this ruling sua sponte. |

| 09/25/2023 | 51 | MOTION to File the Joint Pre-Trial Memorandum by 12 p.m. on October 2, 2023 and Permit Its Supplementation by Andrea Joy Campbell, Ashley Randle.(Arslanian, Vanessa) (Entered: 09/25/2023) |
|---|---|---|
| 09/26/2023 | 52 | Judge William G. Young: ELECTRONIC ORDER entered re 51 MOTION to File the Joint Pre-Trial Memorandum by 12 p.m. on October 2, 2023 and Permit Its Supplementation (Paine, Matthew)<br><br>**The defendants may file their joint pre-trial memorandum at the time of the final pre-trial conference and may, at the conference, request supplementation.**<br><br>(Entered: 09/26/2023) |
| 09/28/2023 | 53 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction* by Andrea Joy Campbell, Ashley Randle.(Gohlke, Grace) (Entered: 09/28/2023) |
| 09/28/2023 | 54 | MEMORANDUM in Support re 53 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction* filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Addendum)(Gohlke, Grace) (Attachment 1 replaced on 9/28/2023) (Gaudet, Jennifer). (Entered: 09/28/2023) |
| 09/28/2023 | 55 | ELECTRONIC NOTICE issued requesting courtesy copy for 53 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction*, 54 Memorandum in Support of Motion,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine - Docket Clerk - Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 09/28/2023) |
| 09/28/2023 | 56 | AMICUS BRIEF filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League *IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS*. (Ockene, Kimberly) (Entered: 09/28/2023) |
| 09/29/2023 | 57 | ELECTRONIC NOTICE Setting Hearing on Motion 53 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction* : Motion Hearing set for 10/2/2023 03:00 PM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 09/29/2023) |
| 09/29/2023 | 58 | MEMORANDUM in Opposition re 53 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. 1 - Declaration of Kenny Brinker of APC) (Glenn, Ryann) (Entered: 09/29/2023) |
| 10/02/2023 | 59 | NOTICE of Appearance by David M. Jellinek on behalf of State of Iowa (Jellinek, David) (Entered: 10/02/2023) |
| 10/02/2023 | 60 | NOTICE of Appearance by David M. Jellinek on behalf of State of Iowa (Jellinek, David) (Entered: 10/02/2023) |
| 10/02/2023 | 61 | NOTICE of Appearance by David M. Jellinek on behalf of State of Iowa (Jellinek, David) (Entered: 10/02/2023) |

| 10/02/2023 | 62 | First MOTION for Leave to Appear Pro Hac Vice for admission of Eric Wessan by State of Iowa.(Jellinek, David) (Entered: 10/02/2023) |
|---|---|---|
| 10/02/2023 | 63 | NOTICE OF ATTORNEY PAYMENT OF FEES by Amicus State of Iowa. Filing fee $ 125, receipt number AMADC-10064064. Payment Type : PRO HAC VICE. (Jellinek, David) (Entered: 10/02/2023) |
| 10/02/2023 | 64 | PRETRIAL MEMORANDUM by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. A - Joint Statement of Facts, # 2 Exhibit Ex. B - Defendants' Trial Witness List, # 3 Exhibit Ex. B1 - Plaintiffs' Trial Witness List, # 4 Exhibit Ex. C - Plaintiffs' Trial Exhibit List, # 5 Exhibit Ex. D - Defendants' Trial Exhibit List)(Glenn, Ryann) (Entered: 10/02/2023) |
| 10/02/2023 | 66 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 10/2/2023 re 53 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction* filed by Ashley Randle, Andrea Joy Campbell. After hearing arguments of counsel, the Court enters an order granting in part and denying in part 53 Motion to Dismiss for Failure to State a Claim; the motion is denied as to count 1 (commerce clause) and granted as to all other counts. A final pretrial conference is set for Tuesday, October 10, 2023 at 10:00 AM. (Final Pretrial Conference set for 10/10/2023 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young.); ( Final Pretrial Conference set for 10/10/2023 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young.). (Court Reporter: Richard Romanow at rhrbulldog@aol.com.) (Gaudet, Jennifer) (Entered: 10/06/2023) |
| 10/06/2023 | 65 | Judge William G. Young: ELECTRONIC ORDER entered granting 62 Motion for Leave to Appear Pro Hac Vice Added Eric Wessan.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Paine, Matthew) (Entered: 10/06/2023) |
| 10/06/2023 | 67 | ELECTRONIC NOTICE OF RESCHEDULING Final Pretrial Conference reset for 10/10/2023 01:45 PM in Courtroom 18 (In person only) before Judge William G. Young. **Time change only.** (Gaudet, Jennifer) (Entered: 10/06/2023) |
| 10/09/2023 | 68 | ANSWER to 17 Amended Complaint by Andrea Joy Campbell, Ashley Randle. (Reynolds, Maryanne) (Entered: 10/09/2023) |
| 10/10/2023 | 69 | NOTICE of Appearance by Eric H Wessan on behalf of State of Iowa (Wessan, Eric) (Entered: 10/10/2023) |

| 10/10/2023 | 70 | MOTION for Leave to File *Amicus Curiae Brief* by State of Iowa.(Wessan, Eric) (Entered: 10/10/2023) |
|---|---|---|
| 10/10/2023 | 71 | AMICUS BRIEF filed by State of Iowa . (Wessan, Eric)<br><br>**FILED IN VIOLATION OF COURT RULES AND CM/ECF NEXTGEN ADMINISTRATIVE PROCEDURES - SECTION R**<br><br>(Entered: 10/10/2023) |
| 10/10/2023 | 72 | PRETRIAL MEMORANDUM by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. A - Plaintiffs' Proposed Joint Statement of Facts)(Glenn, Ryann) (Entered: 10/10/2023) |
| 10/10/2023 | 73 | *Plaintiffs' Trial* Witness List by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 10/10/2023) |
| 10/10/2023 | 74 | *Plaintiffs' Trial* Exhibit List by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.. (Attachments: # 1 Exhibit Ex. A - Plaintiffs' Trial Exhibit List)(Glenn, Ryann) (Entered: 10/10/2023) |
| 10/10/2023 | 75 | *Defendants'* Witness List by Andrea Joy Campbell, Ashley Randle. (Gohlke, Grace) (Entered: 10/10/2023) |
| 10/10/2023 | 76 | *Defendants' Proposed* Exhibit List by Andrea Joy Campbell, Ashley Randle.. (Gohlke, Grace) (Entered: 10/10/2023) |
| 10/10/2023 | 77 | MOTION for Leave to File *Amicus Curiae Brief* by State of Iowa.(Wessan, Eric) (Additional attachment(s) added on 10/10/2023: # 1 Exhibit Proposed Amicus Curiae Brief) (Paine, Matthew). (Main Document 77 replaced on 10/10/2023) (Paine, Matthew). Modified on 10/10/2023 to Correct PDF File As Counsel Wessan Filed the Motion and Proposed Brief as One Long PDF File. (Paine, Matthew). (Entered: 10/10/2023) |
| 10/10/2023 | 84 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Final Pretrial Conference held on 10/10/2023 (jury room). The Court reviews pretrial memo wtih counsel. The bench trial to commence on Monday, December 4, 2023 at 9:00 AM and to take no longer than seven (7) days sitting 9:00 AM -1:00 PM. Counsel shall amend deadlines to reflect December 4, 2023 trial date. The Court enters an order granting 77 Motion for Leave to File Amicus Curiae Brief by State of Iowa; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Bench Trial Day One set for 12/4/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. Young; Bench Trial Day Two set for 12/5/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. Young; Bench Trial Three set for 12/7/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. Young; Bench Trial Day Four set for 12/8/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. Young; Bench Trial Day Five set for 12/11/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. Young; Bench Trial Day Six set for 12/13/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. |

| | | |
|---|---|---|
| | | Young; Bench Trial Day Seven set for 12/14/2023 09:00 AM in Courtroom 18 (In person only) before Judge William G. Young.) (Court Reporter: None.) (Gaudet, Jennifer) (Entered: 10/25/2023) |
| 10/12/2023 | 78 | Transcript of Motion Hearing held on October 2, 2023, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhrbulldog@aol.com. Redaction Request due 11/2/2023. Redacted Transcript Deadline set for 11/13/2023. Release of Transcript Restriction for 1/10/2024. (McDonagh, Christina) (Main Document 78 replaced on 10/12/2023) (McDonagh, Christina). (Entered: 10/12/2023) |
| 10/12/2023 | 79 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (McDonagh, Christina) (Entered: 10/12/2023) |
| 10/20/2023 | 80 | Emergency MOTION for Discovery *Schedule Conference (Remote)* by Andrea Joy Campbell, Ashley Randle.(Reynolds, Maryanne) (Entered: 10/20/2023) |
| 10/22/2023 | 81 | MOTION for Protective Order by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. A - Proposed Protective Order)(Glenn, Ryann) (Entered: 10/22/2023) |
| 10/22/2023 | 82 | MEMORANDUM in Support re 81 MOTION for Protective Order , 80 Emergency MOTION for Discovery *Schedule Conference (Remote)* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. A - Plaintiffs' Proposed, Adjusted Discovery Schedule)(Glenn, Ryann) (Entered: 10/22/2023) |
| 10/23/2023 | 83 | Opposition re 81 MOTION for Protective Order filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Exhibit A - Defendants' Proposed Schedule, # 2 Exhibit B - Defendants' Redline of Plaintiffs' Proposed Schedule)(Arslanian, Vanessa) (Entered: 10/23/2023) |
| 10/25/2023 | 85 | Judge William G. Young: ORDER entered. (Sonnenberg, Elizabeth) (Entered: 10/25/2023) |
| 10/27/2023 | 86 | Request for Judicial Notice by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit Ex. 1 - Massachusetts 2016 Voter Information, # 2 Exhibit Ex. 2 - Dec. 2022 Quarterly Hogs and Pigs, # 3 Exhibit Ex. 3 - FSIS DIRECTIVE 80101.1, # 4 Exhibit Ex. 4 - World Ag Supply & Demand Estimates, # 5 Exhibit Ex. 5 - Livestock and Meat Domestic Data, # 6 Exhibit Ex. 6 - 2020-2022 State Population Totals, # 7 Exhibit Ex. 7 - Dunn v. Attorney General, # 8 Exhibit Ex. 8 - House No. 3930 Initiative Petition, # 9 Exhibit Ex. 9 - H.R. Jan. 7, 2016 Journal, # 10 Exhibit Ex. 10 - S. Jan. 7, 2016 Journal, # 11 Exhibit Ex. 11 - H.3930 2015-2016 Leg. 189th Sess., # 12 Exhibit Ex. 12 - Hearing Summary, # 13 Exhibit Ex. 13 - Mass. Gen. Laws Ann. Ch. 129, # 14 Exhibit Ex. 14 - 330 CMR 35.00, # 15 Exhibit Ex. 15 - Chapter 333 of the Acts of 2016, # 16 Exhibit Ex. 16 - Mass. Const. art. XLVIII, # 17 Exhibit Ex. 17 - USDA Sausage Operations, # 18 Exhibit Ex. 18 - Metzer Article, # 19 Exhibit Ex. 19 - Shea Article, # 20 Exhibit Ex. 20 - Metzer Article)(Raupp, Michael) (Entered: 10/27/2023) |

| 10/28/2023 | 87 | MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Raupp, Michael) (Entered: 10/28/2023) |
| 10/28/2023 | 88 | MEMORANDUM in Support re 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Raupp, Michael) (Entered: 10/28/2023) |
| 10/28/2023 | 89 | Statement of Material Facts L.R. 56.1 re 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Raupp, Michael) (Entered: 10/28/2023) |
| 10/29/2023 | 90 | ELECTRONIC NOTICE issued requesting courtesy copy for 86 Request for Judicial Notice, 89 Statement of Material Facts L.R. 56.1, 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument*, 88 Memorandum in Support of Motion,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine - Docket Clerk - Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 10/29/2023) |
| 10/29/2023 | 91 | RESPONSE to Motion re 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument Opposing November 3 Opposition Deadline and Requesting November 7 Opposition Deadline* filed by Andrea Joy Campbell, Ashley Randle. (Gohlke, Grace) (Entered: 10/29/2023) |
| 10/30/2023 | 92 | Judge William G. Young: ELECTRONIC ORDER entered re 87 MOTION for Partial Summary Judgment Expedited Briefing Schedule and Oral Argument. (Paine, Matthew)<br><br>**The defendants shall have until November 7, 2023 to oppose the plaintiffs' motion for partial summary judgment.**<br><br>(Entered: 10/30/2023) |
| 11/01/2023 | 93 | ELECTRONIC NOTICE Setting Hearing on Motion 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* : Motion Hearing set for 11/14/2023 02:00 PM (In person only) before Judge William G. Young. **This hearing will take place at Boston University Law School, 765 Commonwealth Ave, 6th Floor, Boston, MA.** (Gaudet, Jennifer) (Entered: 11/01/2023) |
| 11/07/2023 | 94 | Opposition re 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Response to Rule 56.1 Statement of Facts, # 2 Affidavit of Vanessa Arslanian)(Gohlke, Grace) (Entered: 11/07/2023) |
| 11/07/2023 | 95 | Opposition re 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League. (Ockene, Kimberly) (Entered: 11/07/2023) |

| 11/08/2023 | 96 | Response by Andrea Joy Campbell, Ashley Randle to 89 Statement of Material Facts L.R. 56.1,. (Paine, Matthew) (Entered: 11/08/2023) |
|---|---|---|
| 11/08/2023 | 97 | NOTICE of Change of Address or Firm Name by Ryann Glenn (Glenn, Ryann) (Entered: 11/08/2023) |
| 11/12/2023 | 98 | REPLY to Response to 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Raupp, Michael) (Entered: 11/12/2023) |
| 11/15/2023 | 99 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 11/14/2023 re 87 MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Christensen Farms Midwest, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC, Allied Producers' Cooperative, New Fashion Pork, LLC, Eichelberger Farms, Inc. Parties agree to case stated solely as to pork producer slaughterhouse issue. Commonwealth's opposition motion for summary judgment allowed solely as to farmers. (Court Reporter: Richard Romanow at rhrbulldog@aol.com.)(Attorneys present: Glenn, Peabody, Reynolds, Arslanian) (PSSA, 5) (Entered: 11/15/2023) |
| 11/17/2023 | 100 | ELECTRONIC NOTICE Canceling Hearing. Bench Trial deadlines terminated. Case stated hearing (one hour) to be set under separate notice. (Gaudet, Jennifer) (Entered: 11/17/2023) |
| 11/27/2023 | 101 | ELECTRONIC NOTICE Setting Hearing. Case Stated Hearing set for 12/19/2023 at 10:00 AM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 11/27/2023) |
| 12/01/2023 | 102 | Objection to 99 Motion Hearing,, by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC . (Raupp, Michael) (Entered: 12/01/2023) |
| 12/04/2023 | 103 | Transcript of Summary Judgment held on November 14, 2023, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhrbulldog@aol.com. Redaction Request due 12/26/2023. Redacted Transcript Deadline set for 1/4/2024. Release of Transcript Restriction set for 3/4/2024. (McDonagh, Christina) (Main Document 103 replaced on 12/4/2023) (Dore, Samantha). (Entered: 12/04/2023) |
| 12/04/2023 | 104 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (McDonagh, Christina) (Entered: 12/04/2023) |
| 12/05/2023 | 105 | Response by Andrea Joy Campbell, Ashley Randle to 102 Objection *to the Court's Fed. R. Civ. P. 56(f)(1) Ruling and Request that the Court Construe and Deny It as a Motion for Reconsideration*. (Arslanian, Vanessa) (Entered: 12/05/2023) |
| 12/08/2023 | 106 | Response by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC to 105 Response . (Glenn, Ryann) (Entered: 12/08/2023) |

| 12/12/2023 | 107 | Joint MOTION to Expedite , Joint MOTION Clarification and Expedited Status Conference ( Responses due by 12/26/2023) by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Attachment A, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Reynolds, Maryanne) (Entered: 12/12/2023) |
|---|---|---|
| 12/15/2023 | 108 | AMICUS BRIEF filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League . (Ockene, Kimberly) (Entered: 12/15/2023) |
| 12/15/2023 | 109 | CASE STATED BRIEF by Andrea Joy Campbell, Ashley Randle . (Gohlke, Grace) (Entered: 12/15/2023) |
| 12/15/2023 | 110 | CASE STATED BRIEF by Triumph Foods, LLC. (Raupp, Michael) (Entered: 12/15/2023) |
| 12/16/2023 | 111 | AMEDNED Request for Judicial Notice by Triumph Foods, LLC re 86 Request for Judicial Notice, . (Attachments: # 1 Exhibit 1 - Massachusetts 2016 Voter Information, # 2 Exhibit 2 - Dec. 2022 Quarterly Hogs and Pigs, # 3 Exhibit 3 - FSIS DIRECTIVE 8010.1 Rev. 6, # 4 Exhibit 4 - World Ag Supply & Demand Estimates, # 5 Exhibit 5 - Livestock and Meat Domestic Data, # 6 Exhibit 6 - 2020-2022 State Population Totals and Components of Change, # 7 Exhibit 7 - MPI Directory - Massachusetts - Livestock Slaughter: Pork, USDA FSIS, # 8 Exhibit 8 - FSIS DIRECTIVE 6100.1, # 9 Exhibit 9 - Dunn v. Att'y Gen., 474 Mass. 675, # 10 Exhibit 10 - House No. 3930 Initiative Petition, # 11 Exhibit 11 - H.R. Jan. 7, 2016 Journal, # 12 Exhibit 12 - S. Jan. 7, 2016 Journal, # 13 Exhibit 13 - H.3930 2015-2016 Leg. 189th Sess., # 14 Exhibit 14 - Hearing Summary, Feb. 11, 2016, # 15 Exhibit 15 - An Act to Promote Farm Viability, H.B. 712, 189th Leg. Sess., # 16 Exhibit 16 - Mass. Gen. Laws Ann. Ch. 129, # 17 Exhibit 17 - 330 CMR 35.00, # 18 Exhibit 18 - Chapter 333 of the Acts of 2016, # 19 Exhibit 19 - Mass. Const. art. XLVIII, # 20 Exhibit 20 - USDA Sausage Operations, # 21 Exhibit 21 - Metzger Article, # 22 Exhibit 22 - Shea Article, # 23 Exhibit 23 - Metzger Article)(Raupp, Michael) (Entered: 12/16/2023) |
| 12/17/2023 | 112 | ELECTRONIC NOTICE issued requesting PAPER courtesy copy for 110 CASE STATED BRIEF, 109 CASE STATED BRIEF, 111 AMEDNED Request for Judicial Notice. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by Attention Matthew Paine - Docket Clerk - Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 12/17/2023) |
| 12/18/2023 | 113 | ELECTRONIC NOTICE Resetting Hearing. Case Stated Hearing reset for 12/19/2023 at 11:00 AM in Courtroom 18 (In person only) before Judge William G. Young. **Time change only.** (Gaudet, Jennifer) (Entered: 12/18/2023) |
| 12/18/2023 | 114 | MOTION to Dismiss for Lack of Jurisdiction by Andrea Joy Campbell, Ashley Randle.(Reynolds, Maryanne) (Entered: 12/18/2023) |
| 12/18/2023 | 115 | MEMORANDUM in Support re 114 MOTION to Dismiss for Lack of Jurisdiction filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Affidavit, # 2 Exhibit)(Reynolds, Maryanne) (Entered: 12/18/2023) |
| 12/19/2023 | 117 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Case Stated Hearing held on 12/19/2023. The Court hears arguments of counsel and takes the matter under advisement. (Court Reporter: Richard Romanow at rhrbulldog@aol.com.)(Attorneys present: Attorneys Glenn, Peabody and Cordes for |

| | | the plaintiff; Attorneys Reynolds, Arslanian and Gohlke for the defendants) (Gaudet, Jennifer) (Entered: 12/26/2023) |
|---|---|---|
| 12/21/2023 | 116 | AMICUS BRIEF filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League . (Ockene, Kimberly) (Entered: 12/21/2023) |
| 12/26/2023 | 118 | Transcript of Case Stated Hearing held on December 19, 2023, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhrbulldog@aol.com. Redaction Request due 1/16/2024. Redacted Transcript Deadline set for 1/26/2024. Release of Transcript Restriction set for 3/25/2024. (McDonagh, Christina) (Entered: 12/27/2023) |
| 12/26/2023 | 119 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (McDonagh, Christina) (Entered: 12/27/2023) |
| 12/29/2023 | 120 | DECLARATION re 115 Memorandum in Support of Motion *to Dismiss the Amended Complaint* by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Exhibit Exhibit B - REDACTED)(Reynolds, Maryanne) (Entered: 12/29/2023) |
| 01/02/2024 | 121 | Opposition re 114 MOTION to Dismiss for Lack of Jurisdiction filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Affidavit Declaration of Matt England, # 2 Affidavit Declaration of McClain Southwell)(Raupp, Michael) (Entered: 01/02/2024) |
| 01/13/2024 | 122 | MOTION for Leave to File *Reply in Further Support of Motion to Dismiss* by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Exhibit Proposed Reply) (Reynolds, Maryanne) (Entered: 01/13/2024) |
| 01/16/2024 | 123 | Judge William G. Young: ELECTRONIC ORDER entered granting 122 Motion for Leave to File Reply in Further Support of Motion to Dismiss by Andrea Joy Campbell, Ashley Randle; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Gaudet, Jennifer) (Entered: 01/16/2024) |
| 01/16/2024 | 124 | REPLY to Response to 114 MOTION to Dismiss for Lack of Jurisdiction filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Affidavit Exhibit A) (Reynolds, Maryanne) (Entered: 01/16/2024) |
| 02/05/2024 | 125 | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER (Sonnenberg, Elizabeth) (Entered: 02/05/2024) |
| 03/06/2024 | 126 | MOTION for Summary Judgment by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Glenn, Ryann) (Entered: 03/06/2024) |

| 03/06/2024 | [127](#) | MEMORANDUM in Support re [126](#) MOTION for Summary Judgment filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # [1](#) Affidavit Declaration of Ryann A. Glenn) (Glenn, Ryann) (Entered: 03/06/2024) |
| 03/06/2024 | [128](#) | STATEMENT of facts re [126](#) MOTION for Summary Judgment . (Glenn, Ryann) (Entered: 03/06/2024) |
| 03/06/2024 | 129 | ELECTRONIC NOTICE issued requesting PAPER courtesy copy for [127](#) Memorandum in Support of Motion, [126](#) MOTION for Summary Judgment , [128](#) Statement of facts. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office Attention Matthew Paine - Docket Clerk - Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 03/06/2024) |
| 03/12/2024 | 130 | ELECTRONIC NOTICE Setting Hearing on Motion [126](#) MOTION for Summary Judgment : Motion Hearing set for 5/15/2024 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 03/12/2024) |
| 03/20/2024 | [131](#) | MOTION for Extension of Time to April 5, 2024 to File Response/Reply as to [126](#) MOTION for Summary Judgment by Andrea Joy Campbell, Ashley Randle.(Gohlke, Grace) (Entered: 03/20/2024) |
| 03/21/2024 | 132 | Judge William G. Young: ELECTRONIC ORDER entered granting [131](#) MOTION for Extension of Time to April 5, 2024 to File Response/Reply as to [126](#) MOTION for Summary Judgment. Response due on or by 4/5/2024. (Gaudet, Jennifer) (Entered: 03/21/2024) |
| 04/05/2024 | [133](#) | AMICUS BRIEF filed by Animal Equality, Animal Legal Defense Fund, Animal Outlook, Compassion in World Farming USA, Farm Sanctuary, Humane Society of the United States, The, The Humane League *(Brief of Amici Curiae in Opposition to Plaintiffs' Motion for Summary Judgment)*. (Ockene, Kimberly) (Entered: 04/05/2024) |
| 04/05/2024 | [134](#) | MOTION to Seal *Temporarily* by Andrea Joy Campbell, Ashley Randle. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B)(Gohlke, Grace) (Entered: 04/05/2024) |
| 04/05/2024 | [135](#) | MOTION to Strike [128](#) Statement of facts *in Part* by Andrea Joy Campbell, Ashley Randle.(Gohlke, Grace) (Entered: 04/05/2024) |
| 04/05/2024 | [136](#) | MOTION for Summary Judgment by Andrea Joy Campbell, Ashley Randle.(Gohlke, Grace) (Entered: 04/05/2024) |
| 04/05/2024 | [137](#) | MEMORANDUM in Support re [136](#) MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment (Dkt 126)* filed by Andrea Joy Campbell, Ashley Randle. (Gohlke, Grace) (Entered: 04/05/2024) |
| 04/05/2024 | [138](#) | STATEMENT of facts re [136](#) MOTION for Summary Judgment . (Gohlke, Grace) (Entered: 04/05/2024) |
| 04/05/2024 | [139](#) | *Defendants* Response by Andrea Joy Campbell, Ashley Randle to [128](#) Statement of facts *in Support of Plaintiffs' Motion for Summary Judgment*. (Gohlke, Grace) (Entered: 04/05/2024) |
| 04/05/2024 | [140](#) | AFFIDAVIT in Support re [136](#) MOTION for Summary Judgment *and Opposition to Plaintiffs' Motion for Summary Judgment (Dkt 126)* filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) |

| | | |
|---|---|---|
| | | Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 23 Exhibit V, # 24 Exhibit W, # 25 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit AB, # 29 Exhibit AC, # 30 Exhibit AD, # 31 Exhibit AE, # 32 Exhibit AF, # 33 Exhibit AG, # 34 Exhibit AH, # 35 Exhibit AI, # 36 Exhibit AJ)(Gohlke, Grace) (Attachment 1 replaced on 4/16/2024) (Paine, Matthew). (Attachment 5 replaced on 4/16/2024) (Paine, Matthew). (Attachment 9 replaced on 4/16/2024) (Paine, Matthew). (Attachment 10 replaced on 4/16/2024) (Paine, Matthew). (Attachment 15 replaced on 4/16/2024) (Paine, Matthew). (Attachment 16 replaced on 4/16/2024) (Paine, Matthew). (Attachment 17 replaced on 4/16/2024) (Paine, Matthew). (Attachment 28 replaced on 4/16/2024) (Paine, Matthew). (Attachment 29 replaced on 4/16/2024) (Paine, Matthew). (Attachment 35 replaced on 4/16/2024) (Paine, Matthew). (Entered: 04/05/2024) |
| 04/07/2024 | 141 | ELECTRONIC NOTICE issued requesting SINGLE-SIDED PAPER courtesy copy for 139 Response, 136 MOTION for Summary Judgment , 138 Statement of facts, 137 Memorandum in Support of Motion, 140 Affidavit in Support of Motion. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by Attention Matthew Paine - Docket Clerk - Judge Young. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 04/07/2024) |
| 04/08/2024 | 142 | ELECTRONIC NOTICE Setting Hearing on Motion 136 MOTION for Summary Judgment : Motion Hearing set for 5/15/2024 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young. (Gaudet, Jennifer) (Entered: 04/08/2024) |
| 04/09/2024 | 143 | Judge William G. Young: ELECTRONIC ORDER entered re 134 MOTION to Seal Temporarily (Paine, Matthew)<br><br>**Motion allowed in the alternative. None of these documents deserve to be sealed.**<br><br>(Entered: 04/09/2024) |
| 04/12/2024 | 144 | Amicus Curiae APPEARANCE entered by Adam F. Keats on behalf of Animal Wellness Action, Animal Wellness Foundation, Center for a Humane Economy. (Keats, Adam) (Entered: 04/12/2024) |
| 04/12/2024 | 145 | MOTION for Leave to Appear Pro Hac Vice for admission of Jessica L. Blome Filing fee: $ 125, receipt number AMADC-10365390 by Animal Wellness Action, Animal Wellness Foundation, Center for a Humane Economy. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Keats, Adam) (Entered: 04/12/2024) |
| 04/12/2024 | 146 | AMICUS BRIEF filed by Animal Wellness Action, Animal Wellness Foundation, Center for a Humane Economy . (Keats, Adam) (Entered: 04/12/2024) |
| 04/12/2024 | 147 | Proposed Document(s) submitted by Animal Wellness Action, Animal Wellness Foundation, Center for a Humane Economy. Document received: Proposed Order. (Keats, Adam) (Entered: 04/12/2024) |
| 04/15/2024 | 148 | Judge William G. Young: ELECTRONIC ORDER entered granting 145 Motion for Leave to Appear Pro Hac Vice Added Jessica L. Blome. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(Paine, Matthew) (Entered: 04/15/2024) |
| 04/15/2024 | 149 | MOTION to Modify Briefing Deadlines by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Glenn, Ryann) (Entered: 04/15/2024) |
| 04/16/2024 | 150 | Judge William G. Young: ELECTRONIC ORDER entered granting 149 MOTION to Modify Briefing Deadlines. (Paine, Matthew) (Entered: 04/16/2024) |
| 04/16/2024 | 151 | Reset Deadlines as to 135 MOTION to Strike 128 Statement of facts *in Part*, 136 MOTION for Summary Judgment , 126 MOTION for Summary Judgment . Responses due by April 26, 2024 (Paine, Matthew) (Entered: 04/16/2024) |
| 04/16/2024 | 152 | NOTICE of Appearance by Jessica L. Blome on behalf of Animal Wellness Action, Animal Wellness Foundation, Center for a Humane Economy (Blome, Jessica) (Entered: 04/16/2024) |
| 04/19/2024 | 153 | MOTION for Reconsideration re 143 Order on Motion to Seal *and for Permanent Impoundment of Proposed Exhibits G, N, and AA* by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit A - Declaration of Matthew England, # 2 Exhibit B - Declaration of Greg Howard)(Glenn, Ryann) (Entered: 04/19/2024) |
| 04/23/2024 | 154 | Opposition re 153 MOTION for Reconsideration re 143 Order on Motion to Seal *and for Permanent Impoundment of Proposed Exhibits G, N, and AA (in Part)* filed by Andrea Joy Campbell, Ashley Randle. (Arslanian, Vanessa) (Entered: 04/23/2024) |
| 04/26/2024 | 155 | MOTION for Leave to File *Reply in Support of Motion for Reconsideration of the Court's April 9, 2024 Order (ECF NO. 143) and for Permanent Impoundment of Proposed Exhibits G, N, and AA* by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Attachments: # 1 Exhibit A)(Glenn, Ryann) (Entered: 04/26/2024) |
| 04/26/2024 | 156 | MEMORANDUM in Opposition re 135 MOTION to Strike 128 Statement of facts *in Part* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 04/26/2024) |
| 04/26/2024 | 157 | Response by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of |

| | | |
|---|---|---|
| | | Wisconsin, LLC, Triumph Foods, LLC to 138 Statement of facts . (Glenn, Ryann) (Entered: 04/26/2024) |
| 04/26/2024 | 158 | REPLY to Response to 136 MOTION for Summary Judgment , 126 MOTION for Summary Judgment *Plaintiffs Reply in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants Cross-Motion for Summary Judgment* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Main Document 158 replaced on 4/27/2024) (Paine, Matthew). (Entered: 04/26/2024) |
| 04/26/2024 | 159 | MOTION to Strike 138 Statement of facts, 140 Affidavit in Support of Motion,,,,, *Plaintiffs Motion to Strike Defendants' Exhibits D, T, AJ, AG, and AH, and Their Corresponding Statements of Fact, to Defendants' Cross-Motion for Summary Judgment* by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC.(Glenn, Ryann) (Entered: 04/26/2024) |
| 04/26/2024 | 160 | MEMORANDUM in Support re 159 MOTION to Strike 138 Statement of facts, 140 Affidavit in Support of Motion,,,,, *Plaintiffs Motion to Strike Defendants' Exhibits D, T, AJ, AG, and AH, and Their Corresponding Statements of Fact, to Defendants' Cross-Motion for* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 04/26/2024)* |
| 04/29/2024 | 161 | Judge William G. Young: ELECTRONIC ORDER entered granting 155 MOTION for Leave to File Reply; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Paine, Matthew) (Entered: 04/29/2024) |
| 04/29/2024 | 162 | REPLY to Response to 153 MOTION for Reconsideration re 143 Order on Motion to Seal *and for Permanent Impoundment of Proposed Exhibits G, N, and AA* filed by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC. (Glenn, Ryann) (Entered: 04/29/2024) |
| 04/30/2024 | 163 | Judge William G. Young: ELECTRONIC ORDER entered re 153 MOTION for Reconsideration re 143 Order on Motion to Seal *and for Permanent Impoundment of Proposed Exhibits G, N, and AA* filed by Christensen Farms Midwest, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC, Allied Producers' Cooperative, New Fashion Pork, LLC, Eichelberger Farms, Inc. (Paine, Matthew) **Motion denied. The items sought to be impounded are not necessary for the merits decision. They may be returned to the litigant.** (Entered: 04/30/2024) |
| 05/02/2024 | 164 | Judge William G. Young: ELECTRONIC ORDER entered re 135 Motion to Strike 135 MOTION to Strike 128 Statement of facts *in Part* (Paine, Matthew) **Motion denied. The documents will have such weight as is their due.** (Entered: 05/02/2024) |

| 05/10/2024 | 165 | REPLY to Response to 136 MOTION for Summary Judgment filed by Andrea Joy Campbell, Ashley Randle. (Gohlke, Grace) (Entered: 05/10/2024) |
|---|---|---|
| 05/10/2024 | 166 | Opposition re 159 MOTION to Strike 138 Statement of facts, 140 Affidavit in Support of Motion,,,,, *Plaintiffs Motion to Strike Defendants' Exhibits D, T, AJ, AG, and AH, and Their Corresponding Statements of Fact, to Defendants' Cross-Motion for Summary Judgment filed by Andrea Joy Campbell, Ashley Randle. (Attachments: # 1 Affidavit Supplemental Arslanian)(Gohlke, Grace) (Entered: 05/10/2024)* |
| 05/13/2024 | 167 | Judge William G. Young: ELECTRONIC ORDER entered re 159 Motion to Strike (Paine, Matthew)<br><br>**Motion denied. The documents shall have such weight as it their due.**<br><br>(Entered: 05/13/2024) |
| 05/15/2024 | 168 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 5/15/2024 re 136 MOTION for Summary Judgment filed by Ashley Randle, Andrea Joy Campbell, 126 MOTION for Summary Judgment filed by Christensen Farms Midwest, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC, Allied Producers' Cooperative, New Fashion Pork, LLC, Eichelberger Farms, Inc. After hearing arguments of counsel, the Court takes the matter under advisement. (Court Reporter: Richard Romanow at rhrbulldog@aol.com.)(Attorneys present: Attorneys Raupp, Peabody, Glenn and Cordes for the plaintiff; Attorneys Reynolds and Gohlke for the defendants) (Gaudet, Jennifer) (Entered: 05/15/2024) |
| 07/02/2024 | 169 | Transcript of Summary Judgment held on May 15, 2024, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 7/23/2024. Redacted Transcript Deadline set for 8/2/2024. Release of Transcript Restriction set for 9/30/2024. (Cook, Savannah) (Entered: 07/02/2024) |
| 07/02/2024 | 170 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (Cook, Savannah) (Entered: 07/02/2024) |
| 07/22/2024 | 171 | Judge William G. Young: ORDER entered.<br><br>MEMORANDUM AND ORDER<br><br>(Sonnenberg, Elizabeth) (Entered: 07/22/2024) |
| 07/22/2024 | 172 | Judge William G. Young ORDER entered: JUDGMENT for the Commonwealth, Andrea Joy Campbell and Ashley Randle. (Paine, Matthew) (Entered: 07/22/2024) |
| 08/13/2024 | 173 | NOTICE OF APPEAL 66 ELECTRONIC CLERK'S NOTES/ORDER, 99 ELECTRONIC CLERK'S NOTES/ORDER, 171 MEMORANDUM AND ORDER, 172 JUDGMENT by Allied Producers' Cooperative, Christensen Farms Midwest, LLC, Eichelberger Farms, Inc., New Fashion Pork, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC Filing fee: $ 605, receipt number AMADC-10552864 Fee Status: Not Exempt. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted |

to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District Court Clerk to deliver official record to Court of Appeals by 9/3/2024. (Glenn, Ryann)

**Modified on 8/13/2024 to Correct Docket Text and Add CM/ECF NextGen Document Links to Orders Being Appealed as Counsel Glenn Failed to Follow the CM/ECF NextGen Prompts When Filing the Notice of Appeal in Violation of Court Rules and CM/ECF NextGen Administrative Procedures. (Paine, Matthew).**

**(Entered: 08/13/2024)**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 10/6/2023 at 10:45 AM EDT and filed on 10/2/2023

**Case Name:**      Triumph Foods, LLC et al v. Campbell et al
**Case Number:**      1:23-cv-11671-WGY
**Filer:**
**Document Number:** 66(No document attached)

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 10/2/2023 re [53] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *and Dismiss Count X for Lack of Jurisdiction* filed by Ashley Randle, Andrea Joy Campbell. After hearing arguments of counsel, the Court enters an order granting in part and denying in part [53] Motion to Dismiss for Failure to State a Claim; the motion is denied as to count 1 (commerce clause) and granted as to all other counts. A final pretrial conference is set for Tuesday, October 10, 2023 at 10:00 AM. (Final Pretrial Conference set for 10/10/2023 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young.); ( Final Pretrial Conference set for 10/10/2023 02:00 PM in Courtroom 18 (In person only) before Judge William G. Young.). (Court Reporter: Richard Romanow at rhrbulldog@aol.com.) (Gaudet, Jennifer)**


**1:23-cv-11671-WGY Notice has been electronically mailed to:**

Robert L. Peabody     robert.peabody@huschblackwell.com, Ashley.Briddon@Huschblackwell.com, Docket.BOS@huschblackwell.com, Lori.Howard@Huschblackwell.com

Kimberly D. Ockene    kockene@humanesociety.org, BWagman@rshc-law.com, docketdept@rshc-law.com, jlovvorn@humanesociety.org, rcary@humanesociety.org, rhenry@humanesociety.org, svanosch@humanesociety.org

Maryanne Reynolds    maryanne.reynolds@state.ma.us, AdlawEFilings@state.ma.us

David M. Jellinek    jellinek@djellineklaw.com, jellinek@me.com

Vanessa Azniv Arslanian    vanessa.arslanian@mass.gov, AdLawEFilings@state.ma.us

Grace Gohlke    grace.gohlke@mass.gov, AdLawEFilings@state.ma.us

Michael Thomas Raupp    michael.raupp@huschblackwell.com

Ryann Glenn    ryann.glenn@huschblackwell.com, ali.radcliff@huschblackwell.com

Cynthia Cordes    cynthia.cordes@huschblackwell.com

**1:23-cv-11671-WGY Notice will not be electronically mailed to:**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 11/15/2023 at 8:04 AM EST and filed on 11/15/2023

| | |
|---|---|
| **Case Name:** | Triumph Foods, LLC et al v. Campbell et al |
| **Case Number:** | 1:23-cv-11671-WGY |
| **Filer:** | |
| **Document Number:** | 99(No document attached) |

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 11/14/2023 re [87] MOTION for Partial Summary Judgment *Expedited Briefing Schedule and Oral Argument* filed by Christensen Farms Midwest, LLC, The Hanor Company of Wisconsin, LLC, Triumph Foods, LLC, Allied Producers' Cooperative, New Fashion Pork, LLC, Eichelberger Farms, Inc. Parties agree to case stated solely as to pork producer slaughterhouse issue. Commonwealth's opposition motion for summary judgment allowed solely as to farmers. (Court Reporter: Richard Romanow at rhrbulldog@aol.com.)(Attorneys present: Glenn, Peabody, Reynolds, Arslanian) (PSSA, 5)**

**1:23-cv-11671-WGY Notice has been electronically mailed to:**

Robert L. Peabody    robert.peabody@huschblackwell.com, Ashley.Briddon@Huschblackwell.com, Docket.BOS@huschblackwell.com, Lori.Howard@Huschblackwell.com

Kimberly D. Ockene    kockene@humanesociety.org, BWagman@rshc-law.com, docketdept@rshc-law.com, jlovvorn@humanesociety.org, rcary@humanesociety.org,

rhenry@humanesociety.org, svanosch@humanesociety.org

Maryanne Reynolds    maryanne.reynolds@state.ma.us, AdlawEFilings@state.ma.us

David M. Jellinek    jellinek@djellineklaw.com, jellinek@me.com

Vanessa Azniv Arslanian    vanessa.arslanian@mass.gov,
AdLawEFilings@state.ma.us

Grace Gohlke    grace.gohlke@mass.gov, AdLawEFilings@state.ma.us

Michael Thomas Raupp    michael.raupp@huschblackwell.com

Ryann Glenn    ryann.glenn@huschblackwell.com, ali.radcliff@huschblackwell.com

Cynthia Cordes    cynthia.cordes@huschblackwell.com

Eric H Wessan    eric.wessan@ag.iowa.gov

**1:23-cv-11671-WGY Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
TRIUMPH FOODS, LLC,                     )
CHRISTENSEN FARMS MIDWEST, LLC,         )
THE HANOR COMPANY                       )
OF WISCONSIN, LLC,                      )
NEW FASHION PORK, LLP,                  )
EICHELBERGER FARMS, INC.,               )
ALLIED PRODUCERS' COOPERATIVE,          )
individually and on behalf             )
of their members,                       )
                                        )          CIVIL ACTION
                    Plaintiffs,         )          No. 23-11671-WGY
                                        )
          v.                            )
                                        )
ANDREA JOY CAMPBELL, in her             )
official capacity as Attorney           )
General of Massachusetts,               )
ASHLEY RANDLE, in her official          )
capacity as Massachusetts               )
Commissioner of Agriculture,            )
                                        )
                    Defendants.         )
_____)

YOUNG, D.J.                                        July 22, 2024

**MEMORANDUM & ORDER**

I.    **INTRODUCTION**

     This case is about pork: how it is raised and where it may

be sold for human consumption.  The Plaintiffs, Triumph Foods,

LLC ("Triumph"), Christensen Farms Midwest, LLC, The Hanor

Company of Wisconsin, LLC, New Fashion Pork, LLP, Eichelberger

Farms, Inc., and Allied Producers' Cooperative (collectively,

the "Pork Producers"), seek to stop the enforcement of the

Massachusetts Prevention of Farm Animal Cruelty Act ("the Act")

by suing Andrea Joy Campbell, in her official capacity as
Attorney General of Massachusetts, and Ashley Randle, in her
official capacity as Massachusetts Commissioner of Agriculture
(collectively, the "Commonwealth").  Am. Compl., <u>ECF No. 17</u>.
The Plaintiffs allege that the Federal Meat Inspection Act
("FMIA") preempts the Act's enforcement.  <u>Id.</u>

Along with pork, this case is about how a state may
regulate its own commerce while continuing fully to participate
in the national economy.  <u>See generally</u> <u>National Pork Producers
Council v. Ross</u>, 137 Harv. L. Rev. 330 (2023).  The Constitution
and our federal laws provide a framework for each state to
follow in regulating certain industries, but, provided they do
not interfere with that framework, states may still introduce
and enforce their own laws and regulations.  Today, the industry
in question is pork; tomorrow, it could be shellfish.  <u>See</u>
Amicus Br. Iowa, <u>ECF No. 71</u>.  The industry is, to some extent,
irrelevant, so long as the state's statutory scheme does not
conflict with that of the federal government.  "The preemption
of state laws represents 'a serious intrusion into state
sovereignty.'"  <u>Virginia Uranium, Inc.</u> v. <u>Warren</u>, <u>587 U.S. 761,
773</u> (2019) (quoting <u>Medtronic, Inc.</u> v. <u>Lohr</u>, <u>518 U.S. 470, 488</u>
(1996) (plurality opinion)).  As Congress has not preempted the
state law in question here summary judgment is granted to the
Commonwealth.

II.  **PROCEDURAL HISTORY**

The Pork Producers filed their amended complaint on July
31, 2023.  See Am. Compl.  The amended complaint alleged ten
causes of action, most arising under the United States
Constitution.  See id.  The Pork Producers requested a
preliminary injunction, and after a hearing on September 6,
2023, the Court collapsed the motion with a trial on the merits
in accordance with Rule 65(a)(1).  See Massachusetts
Lobstermen's Ass'n, Inc. v. National Marine Fisheries Serv., No.
CV 24-10332-WGY, 2024 WL 2194260, at *3 n.5 (D. Mass. Apr. 16,
2024) (appeal pending).  The Commonwealth then filed a motion to
dismiss.  Mot. Dismiss, ECF No. 53; see also Mem. Supp. Mot.
Dismiss Compl., ECF No. 54.  The Court granted the
Commonwealth's motion to dismiss with respect to Counts II-X but
denied the motion to dismiss with respect to Count I, alleging a
violation of the Dormant Commerce Clause.  See Elec. Clerk's
Notes, ECF No. 66.

The Pork Producers then moved for partial summary judgment
on the remaining Dormant Commerce Clause claim.  Pls.' Mot.
Partial Summ. J., ECF No. 87; see also Mem. Reasons Supp. Pls.'
Mot. Partial Summ. J., ECF No. 88.  In opposition, the
Commonwealth requested that summary judgment be entered against
the Pork Producers pursuant to Fed. R. Civ. P. 56(f)(1).  See
Mem. Opp'n Pls.' Mot. Summ. J. & Req. Summ J., ECF No. 94.  On

November 14, 2023, the parties agreed to proceed on a case stated basis on the remaining claim.

On December 19, 2023, after oral argument, the Court took the matter under advisement.  See Elec. Clerk's Notes, ECF No. 117.  On February 5, 2024, the Court entered a memorandum and order which severed the provision of the Act ("the slaughterhouse exemption") that violated the Dormant Commerce Clause from the rest of the statute and vacated in part the Court's previous dismissal of Count III in the Pork Producer's amended complaint, which claimed that the Act was preempted by the FMIA.  See Memorandum and Order, ECF No. 125.

The Pork Producers now move for summary judgment on the ground that the Act, with the slaughterhouse exemption severed, is now preempted by the FMIA.  See Pls.' Mot. Summ. J., ECF No. 126 ("Pls.' Mot."); see also Pl.'s Mem. Reasons Supp. Pls.' Mot. Summ. J., ECF No. 127 ("Mem. Supp. Pls.' Mot.").  The Commonwealth cross-moves for summary judgment on the ground that the Act is not preempted by the FMIA.  See Defs.' Mot. Summ. J., ECF No. 136 ("Defs.' Mot."); see also Mem. Supp. Mot. Summ. J., ECF No. 137 ("Mem. Supp. Defs.' Mot.").  The parties have fully briefed the issues.  Id.; Pls.' Reply Supp. Pls.' Mot. Summ. J. & Opp. Defs.' Mot. Summ. J. ("Pls.' Reply"), ECF No. 158.

[ 4 ]

## III. UNDISPUTED FACTS

The Pork Producers are a combination of pig farmers ("the Farmer Plaintiffs") and one pork processor, Triumph. Collectively, the Pork Producers are located outside the state of Massachusetts, in Minnesota, Iowa, Nebraska, Illinois, South Dakota, Wisconsin, Oklahoma, North Carolina, Missouri, Wyoming, and Indiana.  Am. Compl. ¶¶ 12-19.  The Farmer Plaintiffs allege that the Act will force them to "convert their farm operations to meet Minimum Size Requirements."  Id. ¶ 56.  Triumph alleges that the adjustments it will need to make as a pork processor to comply with the Act are "penalties."  Id. ¶ 58.

### A. The Act

In 2016, Massachusetts enacted the Prevention of Farm Animal Cruelty Act, Mass. Gen. Laws ch. 129 App., § 1, through ballot initiative.  Id. ¶ 25.  The Act's purpose is to "prevent animal cruelty by phasing out extreme methods of farm animal confinement, which also threaten the health and safety of Massachusetts consumers, increase the risk of foodborne illness, and have negative fiscal impacts on the Commonwealth of Massachusetts."  Id. § 1-1.  The Act makes it unlawful "for a farm owner or operator within the Commonwealth of Massachusetts to knowingly cause any covered animal to be confined in a cruel manner."  Id. § 1-5.  The Act defines "confined in a cruel manner" as confining a "breeding pig in a manner that prevents

[5]

the animal from lying down, standing up, fully extending the
animal's limbs or turning around freely" ("Minimum Size
Requirements"). Id. The Act also makes it unlawful for a
"business owner or operator to knowingly engage in the sale
within the Commonwealth of Massachusetts of any . . . Whole Pork
Meat that the business owner or operator knows or should know is
the meat of a covered animal that was confined in a cruel
manner, or is the meat of the immediate offspring of a covered
animal that was confined in a cruel manner." Id. § 1-3. A sale
is defined in the Act as "a commercial sale by a business that
sells any item covered by Section 3." Id. § 1-5(M). The
definition goes on to state that "[f]or purposes of this
section, a sale shall be deemed to occur at the location where
the buyer takes physical possession of an item covered by
Section 3." Id.

The Attorney General has exclusive authority to enforce the
provisions of the Act. Id. § 1-6. Each violation of the Act is
punishable by a civil fine up to $1,000 and, in addition, the
Attorney General may seek injunctive relief to prevent any
further violations of the Act. Id.

**B. The FMIA**

The FMIA was enacted in 1906 "in light of concerns that
unhealthy meat products impaired the effective regulation of
meat and meat food products in interstate or foreign commerce."

Pls.' St. Undisputed Material Facts Supp. Pls.' Mot. Summ. J. ¶
40, ECF No. 128 ("Pls.' SOF") (internal quotation marks and
brackets omitted).  Under the FMIA, pigs are inspected prior to
entering a slaughterhouse, while in a slaughterhouse facility,
and post-slaughter.  Id. ¶¶ 47-49.  The FMIA does not regulate
pig farmers, only slaughterhouses.  The FMIA contains an express
preemption clause, which states that "[r]equirements within the
scope of [the FMIA] with respect to premises, facilities and
operations of any [FMIA-inspected] establishment . . . which are
in addition to, or different than those made under this chapter
may not be imposed."  Id. ¶ 46; see also 21 U.S.C. § 678.

In 1967, Congress amended the FMIA due to a "need for
stronger, more effective and more uniform State inspection
programs . . . [to] provide consumer protection for all
citizens, regardless of where their meat originates."  Pls.' SOF
¶ 41.  The FMIA was meant to "[c]larify and broaden [federal]
authority over meat and meat products capable of use as human
food," and "help bring the requirements of Federal and
individual State meat inspection programs into closer conformity
toward eventual elimination of the multiple and conflicting
requirements presently encountered," as "[w]ithout such a
coordinated network of Federal and State inspection programs,
the health of the consumer cannot adequately be protected, nor
can continued confidence in our meat supply be assured."  Id.

The FMIA is enforced by the Food Safety and Inspection
Service ("FSIS"), an agency of the United States Department of
Agriculture ("USDA").  Id. ¶ 43.  For each pig and pork product,
the FSIS requires all slaughterhouses to keep records of the
following: bills of sale, invoices, receiving and shipping
papers, descriptions of all livestock, net weight of all
livestock, names and addresses of all buyers, methods of
shipment, names and addresses of carriers, and the contact
information for any previous owner of the livestock, as well as
serial numbers and identification for each animal.  9 C.F.R. §
320.1(b).

**C.  Triumph's Business Model and Sales**

Triumph, a farmer-owned company headquartered in St.
Joseph, Missouri, is a processor and producer of pork products.
Am. Compl. ¶ 12.  Triumph largely receives its supply of pigs
from its member-owners, many of whom were its fellow plaintiffs
in this case (prior to summary judgment entering against them).
Id.; see Elec. Clerk's Notes, ECF No. 99.  Pork produced by
Triumph is sold into Massachusetts as well as throughout the
country.  Am. Compl. ¶ 117.  In 2022, Triumph processed over
eleven million pounds of pork meat sold into Massachusetts.
Joint Mot. Clarification & Exped. Status Conf., Attach. A,
Partial Stipulation Facts ¶ 4, ECF No. 107-1.  Triumph has made

efforts to adjust its business model and structure in order to comply with the Act.  Am. Compl. ¶ 120.

Triumph has over 1,000 product codes for its products, including for specific grocery stores, brands, pork byproducts, and type of pig ("open pen gestation", "grass-fed", "premium", etc.).  Defs.' St. Facts Supp. Defs.' Mot. Summ. J. ¶¶ 26-31, ECF No. 138 ("Defs.' SOF").  To differentiate between different pigs in order to ensure they are classified with the correct product code, Triumph requires its pig farmers to deliver pigs at specific times, segregates them from other groups of pigs, keeps a count of all pigs in the group, and, after processing, maintains them in separate storage prior to shipment.  Id. ¶ 34. Triumph estimates it is processing approximately 58,000 pigs per month in compliance with the Act, which Triumph estimates to be about 700,000 compliant pigs (or 70 million pounds) per year available through Triumph.  Id. ¶ 35.

Due to the Act, Triumph has created a process to differentiate between pork that meets the Act's requirements and pork that does not.  Pls.' SOF ¶ 62.  Triumph has also implemented new product codes, sorting procedures, and storage locations within its facility in order to ensure compliance with the Act.  Id. ¶ 63.

IV.   **ANALYSIS**

A.  **Standard of Review**

Summary judgment is required when "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). An issue of material fact is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). Materiality depends on the substantive law, and only factual disputes that might affect the outcome of the suit can preclude summary judgment. Id. In reviewing the evidence, this Court must "draw all reasonable inferences in favor of the nonmoving party, and it may not make credibility determinations or weigh the evidence." Reeves v. Sanderson Plumbing Prods., Inc., 530 U.S. 133, 150 (2000). This Court must also "disregard all evidence favorable to the moving party that the jury is not required to believe." Id. at 151.

"The [summary judgment pleading standard is] the same where, as here, both parties have moved for summary judgment." Bienkowski v. Northeastern Univ., 285 F.3d 138, 140 (1st Cir. 2002). The fact that both parties have moved for summary judgment on the same issues, "neither dilutes nor distorts" the summary judgment standard of review. See Hartford Fire Ins. Co. v. CNA Ins. Co., 633 F.3d 50, 53 (1st Cir. 2011). When courts

[10]

are considering cross-motions for summary judgment, they must
"consider each motion separately, drawing all inferences in
favor of each non-moving party in turn." AJC Int'l, Inc. v.
Triple-S Propiedad, 790 F.3d 1, 3 (1st Cir. 2015) (quoting D & H
Therapy Assocs., LLC v. Bos. Mut. Life Ins. Co., 640 F.3d 27, 34
(1st Cir. 2011)). "Cross-motions for summary judgment do not
alter the summary judgment standard, but instead simply 'require
[the Court] to determine whether either of the parties deserves
judgment as a matter of law on the facts that are not
disputed.'" Wells Real Estate Inv. Tr. II, Inc. v. Chardón/Hato
Rey P'ship, 615 F.3d 45, 51 (1st Cir. 2010) (quoting Adria Int'l
Grp., Inc. v. Ferré Dev., Inc., 241 F.3d 103, 107 (1st Cir.
2001)). The Court must "in each instance [determine] whether
the moving party has met its burden under Rule 56." Dan
Barclay, Inc. v. Stewart & Stevenson Servs., Inc., 761 F.Supp.
194, 197-98 (D. Mass. 1991) (Caffrey, J.).

**B. The Act Is Not Preempted by the FMIA.**

The Pork Producers argue that the Act is preempted by
the FMIA via both express preemption and conflict
preemption. See Mem. Supp. Pl.'s Mot. These arguments
misconstrue the Supreme Court's holding in National Meat
Ass'n v. Harris, the scope of the Act, and the text of the
FMIA. National Meat Ass'n v. Harris, 565 U.S. 452 (2012).

### 1. Express Preemption

In Harris, the Court reviewed whether a California provision (the "California Act") that regulated slaughterhouses within the state was preempted by the FMIA. Id. at 455. The California Act had three provisions: 1) a provision banning any slaughterhouse from buying, selling, receiving "a nonambulatory animal"; 2) a provision banning the "process, butcher, or [sale of] meat or products of nonambulatory animals for human consumption"; and 3) a provision against "hold[ing] a nonambulatory animal without taking immediate action to humanely euthanize the animal." See Cal. Penal Code § 599f(a)-(c). The Court ruled that the California Act was expressly preempted by the FMIA because the California Act "substitutes a new regulatory regime for the one the FMIA prescribes." Harris, 565 U.S. at 460. The Court further held that although "the FMIA's preemption clause does not usually foreclose state regulation of the commercial sales activities of slaughterhouses," [the California Act's] sales ban was "a criminal proscription calculated to help implement and enforce each of the section's other regulations," and was therefore preempted by the FMIA. Id. at 463-64.

The Pork Producers argue that the Act in question here functions in much the same way; because the Act's sales ban imposes additional conditions for FMIA regulated establishments,

[12]

Triumph argues it "functions as a command to slaughterhouses to structure their operations in the exact way the [Act] mandates." Mem. Supp. Pls.' Mot. 17 (quoting Harris, 565 U.S. at 464).  The Act, however, differs from the California Act in Harris in a fundamental way: the Act has no provision requiring any action by a slaughterhouse other than its sales ban.

In Harris, the Court noted that California "may motivate an operational choice without running afoul of the FMIA's preemption provision."  565 U.S. at 463.  It was the fact that the sales ban functioned "as a command to slaughterhouses to structure their operations **in the exact way the remainder of [the California Act] mandate[d]**."  Id. at 464 (emphasis added). By contrast, the Act here only bans the sale of noncompliant pork meat; it does not regulate how a slaughterhouse operates. As the Commonwealth argues, "the practical result of the Act is that a slaughterhouse that wishes to sell whole pork meat in Massachusetts must be able to identify whether that meat originated from a compliant pig."  Mem. Supp. Defs.' Mot. 18. Slaughterhouses may still operate in the same way they did previously -- noncompliant pork processing is not only allowed, but slaughterhouses are not even required to segregate noncompliant pork from compliant pork.  See, e.g., Virginia Uranium, 587 U.S. at 790-91 (Ginsburg, J., concurring) ("The distinction drawn in National Meat thus supports this

conclusion: A state law regulating an upstream activity within the State's authority is not preempted simply because a downstream activity falls within a federally occupied field.").

The Pork Producers also argue that Triumph has had to make "changes to how pork is physically stored at and shipped from Triumph's facility," but it is unclear on the record why that would be required under the Act -- these changes for storage and distribution may make Triumph's tracking and organization of compliant pork easier and more manageable, but they are not required under the law.  Pls.' Reply 15.  As the FSIS already requires, a slaughterhouse must be able to identify where its pork meat came from.[1]  See supra, p. 7-8.  Organizing and storing the pork to ensure that the Act -- compliant pork is shipped together is no different than the storage procedures that Triumph is already following -- it segregates organic, grass-fed, or otherwise "specialty" pork.  Though the Act requires

---

[1] The Pork Producers raise, for the first time in their reply, that the Act imposes on farmers and slaughterhouses a recordkeeping requirement, "under the penalty of perjury," so different than those of the FMIA that it must be preempted. Pls.' Reply.  This requirement, for certifications of how pig suppliers confine breeding pigs, however, is far outside the scope and purpose of the FMIA; again, these records are made in order to determine the treatment of the animals prior to slaughter, not to determine whether the animals are fit for human consumption.  This requirement therefore sits far outside the scope of the FMIA, and consequently, the Pork Producers have not met their burden in demonstrating that the requirement is preempted.

changes in operations for **pig farmers**, which the FMIA does not cover, slaughterhouses may continue to operate as they did previously -- they are simply only allowed to ship compliant pork meat for sale in Massachusetts.[2]

Finally, the Pork Producers argue that the Act "[overrides] the USDA's inspection and approval of the [pork] for sale" because Massachusetts has independently found that the pork is "adulterated, not fit for human consumption." Mem. Supp. Pl.'s Mot. 14. The Pork Producers argue that because one of the stated purposes of the Act is to protect "the health and safety of Massachusetts consumers," in banning the sale of certain pork products, the Act creates additional requirements for the same stated purpose as that of the FMIA. Mass. Gen. Laws ch. 129 App., § 1-1. As the Pork Producers also correctly explain, however, this Court must "look . . . to the effect of the regulatory scheme." Associated Indus. of Mass. v. Snow, 898 F.2d 274, 279 (1st Cir. 1990). It is not the stated purpose of the state statute, but the operation of that statute, that determines whether it is preempted by federal law. Here,

---

[2] The Pork Producers also argue that the other cases cited by the Commonwealth are inapplicable because those cases involved wholesale bans on types of meat, not simply bans on how that meat "was produced or processed." Pls.' Reply 8. The Pork Producers, however, have only shown that the ban here affects how pork is "produced", which is a function of the pig farmers, and not how pork is "processed", which is a function of Triumph and other slaughterhouses. The argument, therefore, fails.

[15]

preventing consumption of adulterated products is the purpose of
the FMIA, but it is not the purpose of the Act.  The Act's
purpose is to prevent animal cruelty.  The language otherwise is
just that -- language -- and in practice, the Act has no effect
on health and safety in the Commonwealth.

The Court, therefore, determines that the Act is not
expressly preempted by the FMIA.

### 2. Conflict Preemption

The Pork Producers also argue that the Act's sales ban is
preempted under principles of conflict preemption because the
sales ban "conflicts with, and obstructs, the objectives of the
FMIA."  Mem. Supp. Pl.'s Mot. 23.  Conflict preemption is
triggered "when the state law stands as an obstacle to the
accomplishment and execution of the full purposes and objectives
of Congress."  Weaver's Cove Energy, LLC v. Rhode Island Coastal
Res. Mgmt. Council, 589 F.3d 458, 472-73 (1st Cir. 2009).
Should a statute have a preemption provision, as the FMIA does,
a conflict preemption analysis is generally inappropriate. See
English v. General Elec. Co., 496 U.S. 72, 79 (1990) (conflict
preemption analysis applies in the "absence of explicit
statutory language.").  A presumption against preemption applies
generally to such an analysis as well.  See Medicaid & Medicare
Advantage Prod. Ass'n of P.R., Inc. v. Emanuelli Hernandez, 58

F.4th 5, 11 (1st Cir. 2023).  The Court here, however, will continue to conduct such an analysis.

A state law is preempted by conflict preemption when "it is impossible for a private party to comply with both state and federal requirements" or where state law "stands as an obstacle to the accomplishment and execution of the full purposes and objectives of Congress."  English, 496 U.S. at 79 (quoting Hines v. Davidowitz, 312 U.S. 52, 67 (1941)).  "What is a sufficient obstacle is a matter of judgment, to be informed by examining the federal statute as a whole and identifying its purpose and intended effects."  Maine Forest Prod. Council v. Cormier, 51 F. 4th 1, 6 (1st Cir. 2022) (citing Crosby v. National Foreign Trade Council, 530 U.S. 363, 373 (2000)).

The purpose of the FMIA is "adequately" to "protect" "the health of the consumer" through the intended effect of "a uniform framework" of federal and state meat inspection programs.  Pls.' SOF ¶ 41.  The Act, in contrast, seeks to prevent the sale of pork raised in inhumane conditions, without concern for whether that meat is safe to eat (in other words, an otherwise healthy pork product could be noncompliant with the Act, not because it is considered unhealthy, but because the policy preferences of the Massachusetts voters demand it not be eligible for sale).  There is nothing in the record to indicate that since the Act's enactment, obstacles have occurred in

ensuring safe and healthy pork in the Massachusetts market
through the FMIA.

Further, as explained above, slaughterhouses can easily
comply with both federal requirements and the requirements
imposed by the Act because the Act does not impose any new
requirements on slaughterhouses within the scope of the FMIA.
As the Act does not impose any new requirements on
slaughterhouses within the scope of the FMIA, it cannot, by
definition, stand as an obstacle to the accomplishment or
execution of Congress's objectives under the FMIA.

The Pork Producers argue that because there is "pork meat
product that has passed FMIA inspection and is approved for sale
by the USDA [that] is now unable to be sold," the Act conflicts
with the FMIA.  Pls.' Reply 19.

Although the Pork Producers point to instances in the
record where a farmer, in providing both compliant and non-
compliant pigs to a processor, erred in denoting pigs as
compliant, resulting in pigs that had passed full USDA
inspection being withdrawn from the market, such instances do
not interfere with the objectives of the FMIA.[3]  If the farmer
had erred in labeling pigs delivered as "grass-fed", and such an

---

[3] The objective of the FMIA is to ensure safe pork enters
the market.  The FMIA, however, does not **require** that all safe
pork available to the market be able to enter the market.

error was discovered after packaging and shipment, the mislabeled pork products would also have been withdrawn from the market to prevent misleading customers.  The FMIA's purpose, to protect the health of consumers through uniform meat inspection regulations, is in no way precluded by the Act's recording requirements.  The Court, therefore, determines that the Act is not preempted by the FMIA via conflict preemption.

## V.   CONCLUSION

After tremendously helpful briefing and oral argument, the Court took the parties' cross motions for summary judgment under advisement.  The Court now, after careful consideration, determines that the Act is not preempted by the FMIA, and therefore **GRANTS** the Commonwealth's motion for summary judgment, ECF No. 136, and **DENIES** the Pork Producers' motion for summary judgment, ECF No. 126.  Judgment shall enter for the Commonwealth.

**SO ORDERED.**

/s/ William G. Young
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[4]

---

[4] This is how my predecessor, Peleg Sprague (D. Mass. 1841-1865), would sign official documents.  Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 46 years.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Triumph Foods, LLC et al**

_____

**Plaintiffs**

**CIVIL ACTION**
**NO. 23cv11671-WGY**

**V.**

**Andrea Joy Campbell, in her official
capacity as Attorney General of Massachusetts**

**Ashley Randle in her official capacity
as Massachusetts Commissioner of
Agriculture.**

_____

**Defendants**

## JUDGMENT

### YOUNG, D. J.

       In accordance with the Court's MEMORANDUM AND ORDER entered on
July 22, 2024, JUDGMENT is hereby entered for the Commonwealth, Andrea Joy
Campbell and Ashley Randle.

**By the Court,**

**JULY 22, 2024**

**/s/Matthew A. Paine**

_____

**Date**

_____

**Deputy Clerk**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

TRIUMPH FOODS, LLC, CHRISTENSEN
FARMS MIDWEST, LLC, THE HANOR
COMPANY OF WISCONSIN, LLC, NEW
FASHION PORK, LLP, EICHELBERGER
FARMS, INC. and ALLIED PRODUCERS'
COOPERATIVE, individually and on behalf
of its members,

       Plaintiffs,

v.

ANDREA JOY CAMPBELL, in her official
capacity as Attorney General of
Massachusetts, and ASHLEY RANDLE, in
her official capacity as Massachusetts
Commissioner of Agriculture,

       Defendants.

**Case No. 1:23-cv-11671-WGY**

**PLAINTIFFS' NOTICE OF APPEAL**

Notice is hereby given that Triumph Foods, LLC, Christensen Farms Midwest, LLC, The

Hanor Company of Wisconsin, LLC, New Fashion Pork LLP, Eichelberger Farms, Inc., and Allied

Producers' Cooperative, both in its official capacity and on behalf of their members, the Plaintiffs

in the above-named matter, hereby appeal to the United States Court of Appeals for the First

Circuit from the final judgment entered in this action on July 22, 2024, as well as all orders merging

into that judgment, including but not limited to the order entered on October 2, 2023, in favor of

Defendants' Motion to Dismiss, the order entered on November 14, 2023, in favor of the Court's

*sua sponte* grant of summary judgment in favor of Defendants, and the order entered on July 22,

2024, in favor of Defendants' cross motion for summary judgment.  Further, this appeal also

includes the Courts' denial of Plaintiffs' Motion for Preliminary Injunction that was incorporated

into the final judgment entered on July 22, 2024.

1

Dated: August 13, 2024                    Respectfully submitted,

By: */s/ Ryann A. Glenn*
       Robert L. Peabody
       MA #551936, NY #1990654
       HUSCH BLACKWELL LLP
       One Beacon Street, Suite 1320
       Boston, Massachusetts 02108
       Telephone: (617) 720-5090
       Facsimile: (617) 720-5092
       robert.peabody@huschblackwell.com

       Cynthia L. Cordes *(admitted pro hac vice)*
       Ryann A. Glenn *(admitted pro hac vice)*
       Michael T. Raupp *(admitted pro hac vice)*
       HUSCH BLACKWELL LLP
       4801 Main Street, Suite 1000
       Kansas City, MO 64112
       Telephone: (816) 983-8000
       Facsimile: (816) 983-8080
       cynthia.cordes@huschblackwell.com
       ryann.glenn@huschblackwell.com
       michael.raupp@huschblackwell.com

       *Attorneys for Plaintiffs* TRIUMPH FOODS, LLC,
       CHRISTENSEN FARMS MIDWEST, LLC, THE
       HANOR COMPANY OF WISCONSIN, LLC,
       NEW FASHION PORK, LLP, EICHELBERGER
       FARMS, INC. and ALLIED PRODUCERS'
       COOPERATIVE, individually and on behalf of its
       members, Plaintiffs.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this Tuesday, August 13, 2024 the foregoing

document was electronically filed with Clerk of the Court using the CM/ECF system which sent

electronic notification of such filing to all CM/ECF Participants.

       */s/Ryann A. Glenn*