# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1759    **Short Title:** Triumph Foods v. Campbell

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Attorney General Andrea Joy Campbell and Commissioner of Department of Agricultural Resources Ashley Randle    as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Maryanne Reynolds
Signature

August 16, 2024
Date

Maryanne Reynolds
Name

Massachusetts Office of the Attorney General
Firm Name (if applicable)

(774) 214-4407
Telephone Number

10 Mechanic St., Suite 301
Address

(508) 795-1991
Fax Number

Worcester, MA 01608
City, State, Zip Code

maryanne.reynolds@mass.gov
Email (required)

Court of Appeals Bar Number: 121697

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes    Court of Appeals No. ___

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I, Maryanne Reynolds, Assistant Attorney General, hereby certify that I have this day, August 20, 2024, served the foregoing Notice of Appearance upon all parties by electronically filing to all ECF registered parties and by sending a postage prepaid copy to all unregistered parties.

*/s/ Maryanne Reynolds*
Maryanne Reynolds
Assistant Attorney General