# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1759        **Short Title:** Triumph Foods, LLC, et al. v. Campbell, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: <u>Please see attached.</u> as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

<u>/s/ Vanessa A. Arslanian</u>                <u>8/20/2024</u>
Signature                                      Date

<u>AAG Vanessa A. Arslanian</u>
Name

<u>Massachusetts Office of Attorney General</u>   <u>(617) 963-2107</u>
Firm Name (if applicable)                          Telephone Number

<u>One Ashburton Place</u>                       <u>(617) 727-5785</u>
Address                                          Fax Number

<u>Boston, MA 02108</u>                          <u>vanessa.arslanian@mass.gov</u>
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: <u>1186571</u>

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

=================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**No.** 24-1759     **Short Title:**  Triumph Foods, LLC, et al. v. Campbell, et al.

The Clerk will enter my appearance as counsel on behalf of:

**ANDREA JOY CAMPBELL**, in her official capacity as Attorney General of Massachusetts; and

**ASHLEY RANDLE**, in her official capacity as Commissioner of the Massachusetts Department of Agricultural Resources.

## **CERTIFICATE OF SERVICE**

      I, Vanessa A. Arslanian, Assistant Attorney General, hereby certify that pursuant to Fed. R. App. P. 25 that I have served the foregoing Notice of Appearance upon all parties by electronically filing to all CM/ECF registered parties and by sending a postage prepaid copy to all unregistered parties.

|  |  |
|---|---|
|  | */s/ Vanessa A. Arslanian* |
|  | Vanessa A. Arslanian |
| Dated: August 20, 2024 | Assistant Attorney General |

3