# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1759   **Short Title:** Triumph Foods, et al. v. Campbell, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Andrea Campbell, Attorney General, and Ashley Randle, Commissioner, as the

[ ] appellant(s)   [✔] appellee(s)   [ ] amicus curiae

[ ] petitioner(s)   [ ] respondent(s)   [ ] intervenor(s)

/s/ Grace Gohlke
Signature

8/19/24
Date

AAG Grace Gohlke
Name

Massachusetts Office of the Attorney General
Firm Name (if applicable)

617-963-2527
Telephone Number

One Ashburton Place
Address

617-727-5785
Fax Number

Boston, MA 02108
City, State, Zip Code

grace.gohlke@mass.gov
Email (required)

Court of Appeals Bar Number: 1204282

Has this case or any related case previously been on appeal?

[✔] No   [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

    I, Grace Gohlke, Assistant Attorney General, hereby certify that I have this day, August 20, 2024, served the foregoing Notice of Appearance upon all parties by electronically filing to all ECF registered parties and by sending a postage prepaid copy to all unregistered parties.

*/s/ Grace Gohlke*
Grace Gohlke
Assistant Attorney General