# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1759            **Short Title:** Triumph Foods, LLC, et al v. Campbell, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Triumph Foods, LLC, Christensen Farms Midwest, LLC, New Fashion Pork, LLP, Eichelberger Farms, Inc., Allied Producers' Cooperative, and The Hanor Company of Wisconsin, LLC   as the

[✓] appellant(s)            [ ] appellee(s)            [ ] amicus curiae

[ ] petitioner(s)            [ ] respondent(s)            [ ] intervenor(s)

/s/ Ryann A. Glenn                                    8/23/2024
Signature                                              Date

Ryann A. Glenn
Name

Husch Blackwell LLP                                   (402) 964-5000
Firm Name (if applicable)                              Telephone Number

14606 Branch Street, Suite 200                        (402) 964-5050
Address                                                Fax Number

Omaha, NE 68154                                       ryann.glenn@huschblackwell.com
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 1208995

Has this case or any related case previously been on appeal?

[✓] No            [ ] Yes    Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).