# United States Court of Appeals
## For the First Circuit

---

**DOCKETING STATEMENT**

**No.** 24-1759     **Short Title:** Triumph Foods, LLC, et al v. Campbell, et al

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from July 22, 2024
  2. Date this notice of appeal filed August 13, 2024
     If cross appeal, date first notice of appeal filed N/A
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
  4. Date of entry of order deciding above post-judgment motion July 22, 2024
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)
     Time extended to

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes   ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   ☐ Yes   ☐ No
        If yes, explain
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   ☐ Yes   ☐ No
        If yes, explain

C. Has this case previously been appealed?   ☐ Yes   ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   ☐ Yes   ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party Andrea Joy Campbell
   Attorney Maryanne Reynolds, Grace Gohlke, Vanessa Arslanian
   Address One Ashburton Place  Boston, Massachusetts 02108
   Telephone (774) 214-4407

2. Adverse party Ashley Randle
   Attorney Maryanne Reynolds, Grace Gohlke, Vanessa Arslanian
   Address One Ashburton Place  Boston, Massachusetts 02108
   Telephone (774) 214-4407

3. Adverse party _____
   Attorney _____
   Address _____
   Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name Triumph Foods, LLC
   Address 5302 Stockyards Expressway, St. Joseph,, MO 64504
   Telephone (816) 396–2700

   Attorney's name Michael T. Raupp/Ryann A. Glenn/Cynthia L. Cordes
   Firm Husch Blackwell LLP
   Address 4801 Main Street, Suite 1000, Kansas City, MO 64112
   Telephone (816) 983-8000

2. Appellant's name Christensen Farms Midwest, LLC
   Address 23971 County Road 10, Sleepy Eye, MN 56085
   Telephone (507) 794-5310

   Attorney's name Michael T. Raupp/Ryann A. Glenn/Cynthia L. Cordes
   Firm Husch Blackwell LLP
   Address 4801 Main Street, Suite 1000, Kansas City, MO 64112
   Telephone (816) 983-8000

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Ryann A. Glenn
Date  8/23/2024

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Ryann A. Glenn
Date  8/23/2024

# Attachment to Docketing Statement

G.    List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. (continued)

3.     Appellant's name: New Fashion Pork, LLP
    Address: 164 Industrial Pkwy., Jackson, MN 56143
    Telephone: (507) 847-4610

    Attorney's name: Michael T. Raupp/Ryann A. Glenn/Cynthia L. Cordes
    Firm: Husch Blackwell LLP
    Address: 4801 Main Street, Suite 1000, Kansas City, MO 64112
    Telephone: (816) 983-8000

4.     Appellant's name: Eichelberger Farms, Inc.
    Address: 208 West Depot Street, Wayland, IA 52654
    Telephone: (319) 256-5100

    Attorney's name: Michael T. Raupp/Ryann A. Glenn/Cynthia L. Cordes
    Firm: Husch Blackwell LLP
    Address: 4801 Main Street, Suite 1000, Kansas City, MO 64112
    Telephone: (816) 983-8000

5.     Appellant's name: Allied Producers' Cooperative
    Address: c/o Kenny Brinker, 7964 Amanda Dr., Auxvasse, MO 65231
    Telephone: (573) 386-5850

    Attorney's name: Michael T. Raupp/Ryann A. Glenn/Cynthia L. Cordes
    Firm: Husch Blackwell LLP
    Address: 4801 Main Street, Suite 1000, Kansas City, MO 64112
    Telephone: (816) 983-8000

6.     Appellant's name: The Hanor Company of Wisconsin, LLC
    Address: 4005 E. Owen K. Garriott Rd., Enid, OK 73701
    Telephone: (580) 599-6300

    Attorney's name: Michael T. Raupp/Ryann A. Glenn/Cynthia L. Cordes
    Firm: Husch Blackwell LLP
    Address: 4801 Main Street, Suite 1000, Kansas City, MO 64112
    Telephone: (816) 983-8000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this Friday, August 23, 2024 the foregoing document was electronically filed with Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all CM/ECF Participants.

<em>/s/Michael T. Raupp</em>