# No. 24-1759

In The

# United States Court of Appeals for the First Circuit

───────────────

Triumph Foods, LLC, Christensen Farms Midwest, LLC, The Hanor Company of Wisconsin, LLC, New Fashion Pork, LLP, Eichelberger Farms, Inc. and Allied Producers' Cooperative, Individually and on Behalf of its Members,

*Plaintiffs-Appellants*,

v.

Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts, and Ashely Randle, in her official capacity as Massachusetts Commissioner of Agriculture,

*Defendant-Appellant*,

───────────────

On Appeal from the United States District Court
for the District of Massachusetts

Case No. 1:23-cv-11671-WGY, The Honorable William G. Young

───────────────

**APPELLANTS' CORPORATE DISCLOSURE STATEMENT**

───────────────

| | |
|---|---|
| Ryann A. Glenn | Michael T. Raupp |
| Husch Blackwell LLP | Cynthia L. Cordes |
| 14606 Branch Street, Suite 200 | Husch Blackwell LLP |
| Omaha, NE 68154 | 4801 Main Street, Suite 1000 |
| (402) 964-5000 | Kansas City, MO 64112 |
| ryann.glenn@huschblackwell.com | (816) 983-8000 |
| | michael.raupp@huschblackwell.com |
| | cynthia.cordes@huschblackwell.com |

*Counsel to Appellants*

## RULE 26.1 DISCLOSURE STATEMENT

Plaintiffs-Appellants Triumph Foods, LLC ("Triumph"), together with Christensen Farms Midwest, LLC ("Christensen Farms"), The Hanor Company of Wisconsin, LLC ("Hanor"), New Fashion Pork, LLP ("NFP"), Eichelberger Farms, Inc. ("Eichelberger"), and Allied Producers' Cooperative ("APC"), both in its official capacity and on behalf of their members ("Farmer Plaintiffs") respectfully submit this corporate disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1: Farmer Plaintiffs consist of several limited liability companies, a limited partnership and cooperative. The Hanor Company of Wisconsin, LLC, has a parent, holding company identified as HK USA Holdings, Inc. None of the remaining Plaintiffs have parent companies and no publicly held corporation owns 10% or more of their stock.

Dated: August 23, 2024   Respectfully submitted,

/s/ Michael T. Raupp
MICHAEL T. RAUPP
CYNTHIA L. CORDES
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
michael.raupp@huschblackwell.com
cynthia.cordes@huschblackwell.com

RYANN A. GLENN
HUSCH BLACKWELL LLP
14606 Branch Street, Suite 200
Omaha, NE 68154
Telephone: (402) 964-5000
Facsimile: (402) 964-5050
ryann.glenn@huschblackwell.com

*Attorneys for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this Friday, August 23, 2024 the foregoing document was electronically filed with Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all CM/ECF Participants.

/s/ Michael T. Raupp