# United States Court of Appeals
## For the First Circuit

———————————

No. 24-1759

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, individually and on behalf of its members; EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

Defendants - Appellees.

———————————

### ORDER OF COURT

Entered: August 29, 2024

Plaintiffs-Appellants have filed a motion to expedite this appeal. Appellees oppose and ask in the alternative that they be permitted the full thirty days to file their response brief, a difference of two days from Appellants' proposed schedule. We have carefully considered the parties' filings. The motion is resolved as follows:

(1)  Appellants may file their opening brief on their intended date of September 20, 2024;

(2)  Appellees shall file their response brief within thirty days thereafter;

(3)  Appellants shall file their reply brief within ten days from the date appellees file their brief.

Oral argument, if warranted, shall be promptly scheduled thereafter. Motions to extend these deadlines are discouraged.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert L. Peabody
Ryann Glenn
Michael Thomas Raupp
Cynthia Cordes
Maryanne Reynolds
Vanessa Arslanian
Grace Gohlke
Kimberly D. Ockene
David M. Jellinek
Eric H. Wessan
Adam F. Keats
Jessica L. Blome