# United States Court of Appeals
## For the First Circuit

---

No. 24-1759

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, individually and on behalf of its members; EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

Defendants - Appellees.

---

### NOTICE

Issued: September 4, 2024

Our records indicate that the attorney listed below has not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After September 18, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorney, unless they register for a CM/ECF account prior to that date.**

Kimberly D. Ockene

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley - (617) 748-9527


cc:
Vanessa Arslanian
Jessica L. Blome
Cynthia Cordes
Ryann Glenn
Grace Gohlke
David M. Jellinek
Adam F. Keats
Kimberly D. Ockene
Robert L. Peabody
Michael Thomas Raupp
Maryanne Reynolds
Eric H. Wessan