# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1759  **Short Title:** Triumph Foods, LLC et al v. C

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Iowa _____ as the

[ ] appellant(s)        [ ] appellee(s)        [✓] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Eric H. Wessan
Signature

09/05/2024
Date

Eric H. Wessan
Name

Iowa Attorney General
Firm Name (if applicable)

515-823-9117
Telephone Number

1305 E. Walnut Street
Address

515-281-8894
Fax Number

Des Moines, Iowa 50319
City, State, Zip Code

eric.wessan@ag.iowa.gov
Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No. _____

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).