TO:



Kimberly D. Ockene
Humane Society of the United States
2100 L St. NW
Washington, DC 20009

24-1759
CON 8/19

-R-T-S-   200095303-1N            08/30/24

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

OFFICIAL BUSINESS

USMS

IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

2024 SEP -6  A 11:51