# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1759         **Short Title:** Triumph Foods, LLC, et al v. Campbell, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*: Triumph Foods, LLC, Christensen Farms Midwest, LLC, New Fashion Pork, LLP, Eichelberger Farms, Inc., Allied Producers' Cooperative, and The Hanor Company of Wisconsin, LLC  as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Spencer Tolson
Signature

9/9/2024
Date

Spencer Tolson
Name

Husch Blackwell LLP
Firm Name (if applicable)

(214) 999-6100
Telephone Number

1900 N. Pearl Street, Suite 1800
Address

(214) 999-6170
Fax Number

Dallas, TX 75201
City, State, Zip Code

spencer.tolson@huschblackwell.com
Email (required)

Court of Appeals Bar Number: 1213878

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).