# United States Court of Appeals
## For the First Circuit

_____

## NOTICE OF APPEARANCE

**No.** 24-01759        **Short Title:** Triumph Foods, LLC, et al v. (➕

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

The Humane Society of the United States, Animal Legal Defense Fund, Animal Equality (continued on next page) as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Bruce A. Wagman
Signature

09/18/2024
Date

Bruce A. Wagman
Name

Riley Safer Holmes & Cancila LLP
Firm Name (if applicable)

415-275-8540
Telephone Number

456 Montgomery Street, 16th Floor
Address

415-275-8551
Fax Number

San Francisco, CA, 94101
City, State, Zip Code

bwagman@rshc-law.com
Email (required)

Court of Appeals Bar Number: 1213987

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No._____

====================================================================

    **Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

    **Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

**<u>Parties Represented (continued):</u>**

- The Humane League
- Farm Sanctuary
- Compassion in World Farming USA
- Animal Outlook
- Massachusetts Society for the Prevention of Cruelty to Animals
- Animal Rescue League Boston