## DISCLOSURE STATEMENT

Plaintiffs-Appellants Triumph Foods, LLC ("Triumph"), together with Christensen Farms Midwest, LLC ("Christensen Farms"), The Hanor Company of Wisconsin, LLC ("Hanor"), New Fashion Pork, LLP ("NFP"), Eichelberger Farms, Inc. ("Eichelberger"), and Allied Producers' Cooperative ("APC"), both in its official capacity and on behalf of their members ("Farmer Appellants") (all together, "Appellants"), respectfully submit this corporate disclosure statement pursuant to Federal Rule of Appellate Procedure 26.1: Farmer Appellants consist of several limited liability companies, a limited partnership and cooperative. Hanor has a parent holding company identified as HK USA Holdings, Inc. None of the remaining Appellants have parent companies and no publicly held corporation owns 10% or more of their stock.