# United States Court of Appeals
## For the First Circuit

No. 24-1759

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, individually and on behalf of its members; EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

Defendants - Appellees.

### NOTICE

Issued: September 24, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorney has failed to register for an account and will no longer receive notice in this case:

Kimberly D. Ockene

The following attorneys will continue to receive notice in this case:

Vanessa Arslanian
Jessica L. Blome
Cynthia Cordes
Ryann Glenn
Grace Gohlke
David M. Jellinek

Adam F. Keats
Robert L. Peabody
Michael Thomas Raupp
Maryanne Reynolds
Spencer Tolson
Bruce A. Wagman
Eric H. Wessan

     Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                     Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Ashley - (617) 748-9527


cc:
Vanessa Arslanian
Jessica L. Blome
Cynthia Cordes
Ryann Glenn
Grace Gohlke
David M. Jellinek
Adam F. Keats
Kimberly D. Ockene
Robert L. Peabody
Michael Thomas Raupp
Maryanne Reynolds
Spencer Tolson
Bruce A. Wagman
Eric H. Wessan