# United States Court of Appeals
## For the First Circuit

_____

No. 24-1759

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, individually and on behalf of its members; EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: September 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

On September 27, 2024, the States of Iowa, Alabama, Arkansas, Georgia, Louisiana, Kansas, Kentucky, Missouri, Mississippi, Montana, Nebraska, North Dakota, New Hampshire, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, Virginia, West Virginia, and Wyoming filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **October 7, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Robert L. Peabody, Ryann Glenn, Michael Thomas Raupp, Cynthia Cordes, Spencer Tolson, Maryanne Reynolds, Vanessa Arslanian, Grace Gohlke, Bruce A. Wagman, David M. Jellinek, Eric H. Wessan, Adam F. Keats, Jessica L. Blome