# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1759     **Short Title:** Triumph Foods, LLC, et al v.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>See attached</u> as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Eric H. Wessan</u>
Signature

<u>9/30/24</u>
Date

<u>Eric H. Wessan</u>
Name

<u>Iowa Attorney Genearl</u>
Firm Name (if applicable)

<u>515-823-9117</u>
Telephone Number

<u>1305 E. Walnut Street</u>
Address

<u>515-281-8894</u>
Fax Number

<u>Des Moines, Iowa 50319</u>
City, State, Zip Code

<u>eric.wessan@ag.iowa.gov</u>
Email (required)

Court of Appeals Bar Number: _____

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

State of Alabama, State of Arkansas, State of Georgia, State of Iowa, State of Kansas, State of Kentucky, State of Louisiana, State of Mississippi, State of Missouri, State of Montana, State of Nebraska, State of New Hampshire, State of North Dakota, State of Ohio, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, State of Utah, State of Virginia