UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| TRIUMPH FOODS, LLC, CHRISTENSEN FARMS MIDWEST, LLC, THE HANOR COMPANY OF WISCONSIN, LLC, NEW FASHION PORK, LLP, EICHELBERGER FARMS, INC. and ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,<br><br>                    Plaintiffs-Appellants,<br><br>                    v.<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, and ASHLEY RANDLE, in her official capacity as Commissioner of the Massachusetts Department of Agricultural Resources,<br><br>                    Defendants-Appellees. | No. 24-1759 |

**MOTION TO EXTEND DEADLINE TO FILE
DEFENDANTS-APPELLEES' PRINCIPAL BRIEF**

    The defendants-appellees hereby request, pursuant to Fed. R. App. P. 26(b), an extension of their deadline to file their principal brief in this case. Defendants-appellees' brief is currently due on Monday, October 21, 2024; they request an extension of eleven (11) days until **Friday, November 1, 2024**, to file their brief.

    As grounds for this motion, defendants-appellees, through the undersigned counsel, state as follows:

    1.    This is an appeal from a final judgment and certain interim orders issued in a civil case challenging the constitutionality of a Massachusetts law, the

Massachusetts Act to Prevent Cruelty to Farm Animals, which prohibits the cruel confinement of breeding pigs within Massachusetts and the in-state sales of certain pork meat originating from pigs that were cruelly confined. Mass. Gen. L. c. 129 App. §§ 1-2, 1-3.

2. On August 23, 2024, plaintiffs-appellants moved to expedite the briefing and argument schedule in this appeal, requesting that defendants-appellees have twenty-eight days in which to file their principal brief, and that the case be set for the November oral argument calendar. *See* Pls. Mot. to Expedite, filed Aug. 23, 2024.

3. Defendants-appellees opposed the motion. Defendants-appellees requested that the Court deny the motion, or, in the alternative, "accord the Commonwealth the default thirty days in which to file its brief, reserving its right to request additional time as warranted by the circumstances." Defs. Opp. to Mot. to Expedite, filed Aug. 27, 2024.

4. The Court issued an order on August 29, 2024, as follows:

> Plaintiffs-Appellants have filed a motion to expedite this appeal. Appellees oppose and ask in the alternative that they be permitted the full thirty days to file their response brief, a difference of two days from Appellants' proposed schedule. We have carefully considered the parties' filings. The motion is resolved as follows: (1) Appellants may file their opening brief on their intended date of September 20, 2024; (2) Appellees shall file their response brief within thirty days thereafter; (3) Appellants shall file their reply brief within ten days from the date appellees file their brief. Oral argument, if warranted, shall be promptly scheduled thereafter. Motions to extend these deadlines are discouraged.

5. Plaintiffs-appellants filed the opening brief in this appeal on September 20, 2024. Accordingly, the deadline for defendants-appellees to file their principal brief is Monday, October 21, 2024.

6. Plaintiffs-appellants' opening brief seeks review of the district court's rulings on ten different legal claims, including procedural and merits challenges as to each of those claims. The brief challenges at least three different orders of the district court and additionally requests multiple alternative forms of relief from this Court. Defendants-appellees require additional time to respond to these multiple forms of challenge, some of which have not been previously briefed.

7. Defendants-appellees have been diligently working to prepare their principal brief, and respectfully request a modest extension of **eleven (11) days until Friday, November 1, 2024**, to fully address these varied challenges, to accommodate counsel's responsibilities in other matters, and to account for the multiple levels of review required within the Office of the Attorney General and client agencies for appellate briefs.

8. Among counsel's competing responsibilities, Attorney Gohlke appeared for oral argument before the Massachusetts Appeals Court on Friday, October 4, 2024, appeared for oral argument before the First Circuit Court of Appeals on Monday, October 7, 2024, and will appear for a hearing on summary judgment motions on October 17, 2024, in Massachusetts Superior Court; Attorney

Reynolds appeared for a hearing in Massachusetts Superior Court on September 25, 2024, will appear for oral argument before the Massachusetts Appeals Court on October 11, 2024, and will submit a brief in a separate matter to the Massachusetts Appeals Court on October 11, 2024.

9. Plaintiffs-appellants will not be prejudiced unduly by this modest extension. Under the existing briefing schedule, plaintiffs-appellants' reply brief would be due on October 31, 2024. With defendants-appellees' proposed extension, plaintiffs-appellants could submit a reply brief by early- to mid-November. Thus, it appears unlikely that an eleven-day extension of defendants-appellees' brief would change significantly the calendar for which this case could be considered for oral argument and so would not meaningfully delay appellate review of this matter.

10. Further, while recognizing that this Court partially granted plaintiffs-appellants' motion for an expedited briefing schedule, defendants-appellees maintain their position that plaintiffs-appellants have not shown such urgency that they will be prejudiced by this modest extension for the reasons stated in defendants-appellees' prior opposition to the motion to expedite. *See* Defs. Opp. to Mot. to Expedite, filed Aug. 27, 2024. In particular, plaintiffs-appellants availed themselves of nearly the entire appeal period to file their notice of appeal; did not move the district court to enter a stay of the judgment or grant an injunction

pending appeal; and did not ask this Court to enter a stay or grant an injunction pending appeal. *See* Fed. R. App. P. 8(a)(1)(2).

WHEREFORE, defendants-appellees respectfully request that the Court extend the deadline to file their principal brief in this case, from Monday, October 21, 2024, up to and including **Friday, November 1, 2024**.

Respectfully submitted,

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,

ASHLEY RANDLE, in her official capacity as Commissioner of the Massachusetts Department of Agricultural Resources,

By their attorneys,

*/s/ Grace Gohlke*
Vanessa A. Arslanian, 1st Cir. No. 1186571
Grace Gohlke, 1st Cir. No. 1204282
    *Assistant Attorneys General*
Massachusetts Office of the Attorney General
Constitutional and Administrative Law Division
One Ashburton Place
Boston, MA 02108
617-963-2107
vanessa.arslanian@mass.gov
617-963-2527
grace.gohlke@mass.gov

Maryanne Reynolds, 1st Cir. No. 121697
    *Assistant Attorney General*
Massachusetts Office of the Attorney General
Constitutional and Administrative Law Division
10 Mechanic Street, Suite 301

Worcester, MA  01608<br>
774-214-4407<br>
maryanne.reynolds@mass.gov

Dated:     October 8, 2024

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT, TYPEFACE, AND TYPE-STYLE REQUIREMENTS

I hereby certify that:

1. This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because the motion contains 844 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f); and

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point, Times New Roman font.

<i>/s/ Grace Gohlke</i><br>
Counsel for the Defendants-Appellees<br>
October 8, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be served electronically through the Court's e-notification system to all participants registered for service through the Court's electronic system, on October 8, 2024.

<i>/s/ Grace Gohlke</i><br>
Counsel for the Defendants-Appellees