# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1759   **Short Title:** Triumph Foods, LLC, et al v. Campbell, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dr. Leon Barringer _____ as the

[ ] appellant(s)     [ ] appellee(s)     [✔] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

/s/ Elizabeth R. Moulton
Signature

October 28, 2024
Date

Elizabeth R. Moulton
Name

Orrick, Herrington & Sutcliffe LLP
Firm Name (if applicable)

(415) 773-5700
Telephone Number

405 Howard Street
Address

(415) 773-5759
Fax Number

San Francisco, CA 94105
City, State, Zip Code

emoulton@orrick.com
Email (required)

Court of Appeals Bar Number: 1214367

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).