# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1759        **Short Title:** Triumph Foods, LLC, et al v. Campbell, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Dr. Leon Barringer _____ as the

[ ] appellant(s)       [ ] appellee(s)       [✔] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)     [ ] intervenor(s)

/s/ Katherine M. Kopp
Signature

October 28, 2024
Date

Katherine M. Kopp
Name

Orrick, Herrington & Sutcliffe LLP
Firm Name (if applicable)

(202) 339-8400
Telephone Number

2100 Pennsylvania Ave., NW
Address

(202) 339-8500
Fax Number

Washington, DC 20037
City, State, Zip Code

kkopp@orrick.com
Email (required)

Court of Appeals Bar Number: 1194437

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).