No. 24-1759

IN THE

# United States Court of Appeals for the First Circuit

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

*Plaintiffs-Appellants,*

*v.*

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

*Defendants-Appellees.*

On Appeal from the United States District Court
for Massachusetts, No. 1:23-cv-11671-WGY
Hon. William G. Young

## BRIEF OF *AMICUS CURIAE* DR. LEON BARRINGER IN SUPPORT OF APPELLEES AND AFFIRMANCE

Katherine M. Kopp
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

Elizabeth R. Moulton
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

Melanie R. Hallums
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Counsel for Amicus Curiae*

# TABLE OF CONTENTS

**Page**

TABLE OF AUTHORITIES ................................................................ ii

INTEREST OF AMICUS CURIAE ...................................................... 1

INTRODUCTION ............................................................................ 3

ARGUMENT ................................................................................. 5

I.    Farmers, Packers, Distributors, And Others Work Together
      To Supply Pork To Consumers. .................................................. 5

II.   The Pork Industry Has Long Traced Product From Farm To
      Retail Sale And Successfully Segregated Supply Chains. ........... 13

      A.    The pork industry has traced individual pigs since at
            least the early 1900s. ...................................................... 13

      B.    Tracing and segregation also occur once pigs are ready
            for slaughter and turned into pork for retail sale. .............. 18

III.  The Traceability And Segregation Of Pork Product Meet
      Critical Needs Of Pork Producers And Consumers ...................... 21

IV.   The Pork Industry Can Use Existing Tracing And
      Segregation Methods To Supply Question 3-Compliant Pork. .... 32

CONCLUSION .............................................................................. 38

CERTIFICATE OF COMPLIANCE

# TABLE OF AUTHORITIES

**Page(s)**

**Statutes**

Federal Meat Inspection Act of 1906, 21 U.S.C. § 601 et seq.
21 U.S.C. § 607(d) ...................................................................... 27

**Regulations**

9 C.F.R. § 71.19 ................................................................... 18, 22

9 C.F.R. § 86.2-.5 ........................................................................ 22

9 C.F.R. § 412.1(c)(3) ................................................................. 27

9 C.F.R. § 412.1(e) ..................................................................... 27

**Rules**

Fed. R. App. P. 29(a)(2) ............................................................... 1

**Other Authorities**

AgView, *Frequently Asked Questions*,
https://tinyurl.com/3dvsxvsz (last visited Oct. 22, 2024) .................. 22

Allflex, *User Manual, RS420NFC Portable Stick Reader with
NFC Feature*, https://tinyurl.com/yejwze46 (last visited
Oct. 21, 2024) ............................................................................ 16

Am. Veterinary Med. Ass'n, Veterinarian's Oath,
https://tinyurl.com/3hhz4n9f (last visited Oct. 21, 2024) ................... 2

Animal Welfare Institute, *A Consumer's Guide to Food
Labels and Animal Welfare* (2024),
https://tinyurl.com/bde4v63t ........................................................ 28

California Dep't of Food and Agric., *Registered Distributors -
ACP*, https://tinyurl.com/2p8rm65k .............................................. 36

The Cheesecake Factory, *2023 Corporate Social Responsibility Report*, https://tinyurl.com/yfdcppkz (last visited Oct. 22, 2024) ............................................................ 31

Chichester, Lindsay et al., *Beta-agonists: What Are They and Should I Be Concerned?*, Univ. of Nebraska-Lincoln BeefWatch (Oct. 1, 2013), https://tinyurl.com/3awcnv4y .................. 24

Choi, Candice, *Chipotle: No Pork at a Third of Restaurants*, Associated Press (Jan. 13, 2015), https://tinyurl.com/mttm3ntz ............................................................ 31

CLEAR Center at UC Davis, *What is the Lifecycle of a Pig in Market Production?* (Feb. 7, 2023), https://tinyurl.com/33fkavjr ............................................................ 6

Clemens Food Group, https://tinyurl.com/3wun7n6j (last visited Oct. 22, 2024) ............................................................ 37

Coleman Natural Foods, *No-Sugar Applewood-Smoked Bacon,* https://tinyurl.com/2bjsdmdr (last visited Oct. 22, 2024) ............................................................ 28

Cox, Elizabeth, *Lessons About Proposition 12 from Recent Pork Producer Visits*, Cal. Dep't of Food & Agric. (July 2022), https://tinyurl.com/4bn9af64 ...................................... 19, 23, 37

Einstein-Curtis, Aerin, *Electronic Feeding Systems Limit Feed Waste, Localize Sow Nutrition*, FeedNavigator (Nov. 21, 2019), https://tinyurl.com/yc2shrtz .............................. 15

Farms.com, *Swine Farming*, https://tinyurl.com/2sxhmnee (last visited Oct. 21, 2024) ............................................................ 9

Flannery, Kim, *Keeping Tabs on Prop 12 Animal Movement*, Nat'l Hog Farmer (Jan. 3, 2024), https://tinyurl.com/y636n96z ............................................................ 34

Flower, Frances, *No Gestation Crates for Our Pigs*, Whole Foods Market (Mar. 22, 2012), https://tinyurl.com/tc2smk5d ............................................................ 31

Fratus, Matt, *Don't Feed the Lions: The Unbelievable Rescue at the Baghdad Zoo*, Coffee or Die Magazine (May 18, 2022), https://tinyurl.com/yy7nec5 ...................................................... 3

Garneau, Rachael, *McChord Reservist Shoots Straight from the hip About New Command*, Northwest Military (Apr. 19, 2013), https://tinyurl.com/4n7jhwnw............................................ 3

Golan, Elise et al., USDA, AER 830, *Traceability in the U.S. Food Supply: Economic Theory and Industry Studies* (2004), https://tinyurl.com/bdcpdrsz............................................ 18, 20

Greene, Joel L., Cong. Rsch. Serv., R40832, *Animal Identification and Traceability: Overview and Issues* (2010), https://tinyurl.com/ye75d6b5.................................................. 32

Holden, Palmer J., & M.E. Ensminger, *Swine Science* (7th ed. 2005) ........................................................................... 17

Hormel Foods, *Hogs*, https://tinyurl.com/ycy39pd5 (last visited Oct. 22, 2024) ......................................................... 36

Hyperledger, *How Walmart Brought Unprecedented Transparency to the Food Supply Chain with Hyperledger Fabric* (2019), https://tinyurl.com/4zkuj5s8 ....................................... 35

Illinois Pork Producers Ass'n, *Inside A Pig Barn - Electronic Sow Feeders*, YouTube 00:01:25 (June 12, 2017), https://tinyurl.com/352kw8v6.......................................................... 16

Ioanes, Ellen & Li Zhou, *Why Food Recalls Are Everywhere Right Now*, Vox (Oct. 23, 2024), https://tinyurl.com/2895nh9u.......................................................... 22

Jackson, David & Gary Marx, *Illinois Contract Pig Farmer: Work is Low-Paying, Physically Punishing*, Chicago Trib. (Aug. 8, 2016) ..................................................................... 10

JingDong Corporate Blog, *Walmart, JD.com, IBM and
Tsinghua University Launch a Blockchain Food Safety
Alliance in China* (Dec. 14, 2017),
https://tinyurl.com/5hbmad8b ........................................................... 18

Kamath, Reshma, *Food Traceability on Blockchain:
Walmart's Pork and Mango Pilots with IBM*, 1 J. Brit.
Blockchain Ass'n 47 (June 12, 2018),
https://tinyurl.com/2n7jjy94 ............................................................. 35

Ketchum Mfg. Inc., *Instructional Video on Ear Tattooing
Pigs*, YouTube 00:01:10 (Oct. 22, 2013),
https://tinyurl.com/yztsrep3 .............................................................. 17

Ketchum Mfg. Inc., *Instructional Video on Shoulder
Tattooing Market Pigs*, YouTube 00:01:02 (Sept. 12, 2013),
https://tinyurl.com/yjsv82mb ............................................................. 18

Koeleman, Emmy, *Extra B Vitamins Profits Pig
Performance*, All About Feed (Apr. 9, 2017),
https://tinyurl.com/ystftr43 ............................................................... 15

Krahn, Greg, *Precision Technology's Role in R&D*, Feedstuffs
(Apr. 1, 2021), https://tinyurl.com/sj3etdjr ......................................... 32

Lee, Melanie, *Wal-Mart's Pork Scandal Highlights Struggles
in China*, Reuters (Oct. 14, 2011) ....................................................... 35

Leeper Girgis, Courtney, *Pork Powerhouses 2023: Sow
Numbers, Pig Profits Down While Productivity Up*,
Successful Farming (May 6, 2024),
https://tinyurl.com/4xbdmazm ............................................................ 11

Madec, F. et al., *Traceability in the Pig Production Chain*,
20(2) Rev. Sci. Tech. 523 (2001),
https://tinyurl.com/eetmbuws ................................................. 14, 20, 33

Marchant-Forde, Jeremy N., *Sow Welfare Fact Sheet*, USDA
(2010), https://tinyurl.com/6r5zy3sw ................................................. 6, 7

Marchant-Forde, Jeremy N., *Swine Welfare Fact Sheet*,
USDA (2011), https://tinyurl.com/24ez734e ........................................ 8

Marriott International, *2024 Serve 360 Report:
Environmental, Social & Governance Global Progress*
(2024), https://tinyurl.com/ydv2z6xj .................................................... 30

Marriott International, *Responsible Pork Progress Plan*,
https://tinyurl.com/mutfs3h3 (last visited Oct. 22, 2024) .................. 30

McBride, William D. & Nigel Key, USDA, ERR-158, *U.S.
Hog Production From 1992 to 2009: Technology,
Restructuring, and Productivity Growth* (2013),
https://tinyurl.com/2p9xsnwe ...................................................... 9, 10

Memorandum of *Amicus Curiae* Perdue Premium Meat Co.,
*Iowa Pork Producers Ass'n v. Bonta*, No. 3:21-cv-3018
(N.D. Iowa Aug. 4, 2021), ECF No. 57 ................................................ 37

Mira, Lea & Gavriel Shohet, *Chipotle Rolls Out RFID
Technology to Improve Supply Chain Visibility and
Restaurant Inventory Management*, Restaurant
Technology News (May 19, 2024),
https://tinyurl.com/mutvhmcy .......................................................... 31

National Swine Registry, *Official Swine Ear Tags*,
https://tinyurl.com/y53zmkmc (last visited Oct. 21, 2024) ......... 14, 15

Newman, Matt, *I'm All Ears - Understanding the Universal
Ear-Notching System for Swine*, Rutgers 4-H Animal
Science Resource Blog (July 14, 2019),
https://tinyurl.com/22mr372t ........................................................... 14

Niche Meat Processor Assistance Network, *Certified
Organic*, https://tinyurl.com/4ffv5cu6 (last visited Oct. 21,
2024) ................................................................................................ 20

Niman Ranch, *Niman Ranch Compliant with California's
Proposition 12*, https://tinyurl.com/2u7k9h84 (last visited
Oct. 22, 2024) .................................................................................... 37

Perdue Farms, *Crate-Free Pork: What Crate-Free Means*,
    Pinterest, https://tinyurl.com/23nbpsxh............................................27

Pig Progress, *Foodservice Distributor Sysco Says No to Sow
    Stalls* (July 24, 2012), https://tinyurl.com/57vxs75n ........................12

Plain, Ron et al., *The Structure of the U.S. Pork Industry*,
    Pork Information Gateway (2001),
    https://tinyurl.com/4f4vmz7v................................................................11

Polansek, Tom & Nandita Bose, *JBS Meat Plants Reopen as
    White House Blames Russia-linked Group over Hack*,
    Reuters (June 2, 2021), https://tinyurl.com/mwwy5eub ....................12

Pork Checkoff*, Life Cycle of a Market Pig*,
    https://tinyurl.com/4muvftc8 (last visited Oct. 21, 2024) ............ 5, 7, 8

Pork Checkoff, PQA Plus, *Education Handbook* (2022),
    https://tinyurl.com/yw6s2rnb ........................................................21

Prairie Fresh, *Our Cuts*, https://tinyurl.com/59mjd93t (last
    visited Oct. 22, 2024) ........................................................................26

Restaurant Brands Int'l Inc., *Animal Welfare*,
    https://tinyurl.com/5n7s8w55 (last visited Oct. 22, 2024) ................31

Roxell, *Market Trend: RFID Chip Revolutionizes the Pig
    Sector* (Nov. 2, 2020), https://tinyurl.com/5bfyk558..........................16

Self, J.L. et al., *Outbreaks Attributed to Pork in the United
    States, 1998-2015*, 145(14) Epidemiology & Infection 2980
    (2017), https://tinyurl.com/kcbww5b3 ..............................................21

Shike, Jennifer, *National Pork Board CEO Addresses 2022
    Priorities*, Farm Journal (Jan. 4, 2022),
    https://tinyurl.com/yabpefy5..............................................................22

Shike, Jennifer, *Why the U.S. Pork Industry Won't Forget
    2021*, Farm J. (Dec. 15, 2021), https://tinyurl.com/yc73zxja..............23

Smith, G.C. et al., *Traceability from a US Perspective*, 71
    Meat Science 174 (2005), https://tinyurl.com/2nzcskks .............. 13, 18

Smithfield Foods, *Fresh Pork Production at Smithfield
    Foods*, YouTube 00:00:15 (May 14, 2013),
    https://tinyurl.com/2s3pk8ru ...................................................... 19, 34

Smithfield Foods*, Hog Production at Smithfield Foods*,
    YouTube 00:02:10 (Oct. 9, 2013),
    https://tinyurl.com/45c9ta8s ............................................................ 10

Smithfield, *2023 Sustainability Impact Report* 23 (2023),
    https://tinyurl.com/mr269xup ............................................................ 10

Smithfield, *Animal Care*, https://tinyurl.com/amtpjar9 (last
    visited Oct. 22, 2024) ........................................................................ 36

Smithfield, *Why Smithfield?*, https://tinyurl.com/385rpx2d
    (last visited Oct. 22, 2024) ................................................................ 25

Sodexo, *Our Commitments to Animal Welfare* (May 1, 2023),
    https://tinyurl.com/28xtykwy .............................................................. 30

Sodexo, *Update on Animal Welfare in Our Responsible
    Sourcing Strategy* (Dec. 30, 2020),
    https://tinyurl.com/2p8de5h6 .............................................................. 30

Strobel, Brian, *RFID Improves Production of Breeding Sows*,
    Resource (July/Aug. 2021), https://tinyurl.com/mt2khu4u ............... 15

Target, *Food Animal Welfare Commitments*,
    https://tinyurl.com/46zex8yz (last visited Oct. 22, 2024) ............. 29, 30

USDA, *Animal Disease Traceability* (Oct. 11, 2024),
    https://tinyurl.com/yc76jk4y ........................................................ 21, 22

USDA, *FSIS Guideline on Substantiating Animal-Raising or
    Environment-Related Labeling Claims* (2024),
    https://tinyurl.com/y5f87u4j ................................................. 27, 28, 29

USDA, *Grade Shields for PVP*, https://tinyurl.com/4nm3uzp8
 (last visited Oct. 25, 2024) ................................................................ 25

USDA, Hogs & Pork, *Sector at a Glance*,
 https://tinyurl.com/yckvu5np (last updated Jan. 4, 2024) .......... 6, 7, 8

USDA, *Official Eartags: National Uniform Eartagging
 System* (June 25, 2018), https://tinyurl.com/5czt7c3x ........................ 32

USDA, *Official Listing of Approved USDA Process Verified
 Programs* (2024), https://tinyurl.com/npwfer5b ................................ 25

USDA, *Process Verified Program*,
 https://tinyurl.com/ycxmjjyj (last visited Oct. 22, 2024) ................... 25

USDA, *PVP Directory*, https://tinyurl.com/3wdv8hn4 (last
 visited Oct. 22, 2024) ...................................................................... 25

USDA, *Quality Systems Verification Program (QSVP) Never
 Fed Beta Agonists Program* (2019),
 https://tinyurl.com/yckkk34y ............................................................ 24

USDA, *Report to Congress: Livestock Mandatory Reporting*
 (2018), https://tinyurl.com/2p8awn7w................................................ 23

USDA, *Seaboard Foods Process Verified Program*,
 https://tinyurl.com/4pmkpwmb (last visited Oct. 22, 2024).............. 26

van Hilten, Mireille, Guido Ongena, & Pascal Ravesteijn,
 *Blockchain for Organic Food Traceability: Case Studies on
 Drivers and Challenges*, Frontiers in Blockchain (Sept. 30,
 2020), https://tinyurl.com/zwstbvcx.................................................... 18

Warren, Rob, *Alumnus Recognized as Top in Field*, UC Davis
 Veterinary Medicine (May 16, 2024),
 https://tinyurl.com/3a63xxvs ................................................................ 2

Wendy's, *2020 Corporate Responsibility Report* (2021),
 https://tinyurl.com/y5f4tddy ............................................................... 36

## INTEREST OF AMICUS CURIAE[1]

Dr. Leon Barringer, DVM, is a large animal veterinarian who specializes in epidemiology, evidence-based population medicine, disease outbreak investigation, and vaccinology.  Dr. Barringer's expertise and professional experience touch on all food animal species, including swine.  He has a deep understanding of the pork industry and food production process.  Dr. Barringer submits this brief to provide the Court with background on the pork industry, particularly with respect to the longstanding practice of segregating and tracing pork from birth to retail sale.

Dr. Barringer earned his Doctor of Veterinary Medicine from the University of California, Davis, and has served in both private practice and as an Associate Professor in the Animal Science Division of West Virginia University's College of Agriculture and Forestry.  He later joined Pfizer Animal Health, working as the director of veterinary operations.  Dr. Barringer also served as the manager of veterinary

---

[1] Pursuant to Fed. R. App. P. 29(a)(2), all parties have consented to the filing of this brief.  No portion of the brief was authored by counsel for a party.  No party, party's counsel, or any person other than amici or their counsel contributed money intended to fund preparing or submitting this brief.

operations at Merck Animal Health.  At both Pfizer and Merck, Dr. Barringer oversaw the health and welfare of pigs and other food animals.  He is a member of the American Veterinary Medical Association, the author or co-author of many peer-reviewed papers, a quoted expert in industry media, and was recently named the 2023 Consultant of the Year by the Academy of Veterinary Consultants.[2] Throughout his 30-plus year career as a veterinarian and participant in the meat production industry, Dr. Barringer has worked to ensure a safe, sustainable meat supply while upholding the Veterinarian's Oath to use his scientific knowledge and skills for the benefit of society through the protection of animal health and welfare and the relief of animal suffering.[3]

In addition to his work in animal science, Dr. Barringer enjoyed a distinguished 34-year career in the U.S. Air Force and U.S. Army. While serving, "[o]nce a month, Barringer swap[ped] his cowboy boots for combat boots and hoof[ed] it from his Colorado home to his duty

---

[2] Rob Warren, *Alumnus Recognized as Top in Field*, UC Davis Veterinary Medicine (May 16, 2024), https://tinyurl.com/3a63xxvs.
[3] *See* Am. Veterinary Med. Ass'n, Veterinarian's Oath, https://tinyurl.com/3hhz4n9f (last visited Oct. 21, 2024).

station."[4]  Prior to his retirement from the armed forces in 2021, Dr. Barringer was deployed to 25 countries—including to Iraq, where he provided veterinary care to abandoned animals at the Baghdad Zoo[5]— and earned numerous medals and awards for exemplary performance.

## INTRODUCTION

Appellants assert that Massachusetts' Question 3 requires slaughterhouses to trace and segregate their pork products, and that they cannot "continue to operate as they did previously" because Question 3 imposes "additional or different requirements" on slaughterhouses than the Federal Meat Inspection Act (FMIA).[6]  These assertions are exaggerated.  The pork industry has engaged in tracing and segregation, to varying degrees of sophistication, since at least the early 1900s.  Segregating and tracing pork, which is already effectively required by federal law and commercial realities, allow producers to comply with public health and food safety requirements, respond

---

[4] Rachael Garneau, *McChord Reservist Shoots Straight from the Hip About New Command*, Northwest Military (Apr. 19, 2013), https://tinyurl.com/4n7jhwnw.

[5] Matt Fratus, *Don't Feed the Lions: The Unbelievable Rescue at the Baghdad Zoo*, Coffee or Die Magazine (May 18, 2022), https://tinyurl.com/yy7nec5.

[6] Appellants Br. 58.

quickly to disease and foodborne illness outbreaks, meet consumer demand for pork produced in certain ways, and market their products effectively.

Today, tracing and segregation are highly sophisticated and fully adopted in the industry. From Radio Frequency Identification (RFID) ear tags that electronically track detailed information about a pig's history to identification tattoos used to trace pigs throughout the slaughtering process, industrial pork is successfully traced from birth to the finished product.

Tracing and segregation are so robust that the U.S. Department of Agriculture (USDA) has developed verification programs—established by the Agricultural Marketing Service and not under the FMIA—that take advantage of tracing to allow pork producers to make marketing claims like "antibiotic-free" and "source-verified" on their pork products. Significant quantities of pork products are now marketed and labeled as "crate-free," humanely raised, and other similar marketing claims regarding the way the pig or its mother was raised. To make those claims, robust tracing and segregation of pigs and pork are required.

There is no plausible reason that existing tracing and segregation technology and practices cannot be used to segregate Question 3-compliant pork from other pork in the pipeline, without any practical burden on companies and the pork industry.

Moreover, to the extent that Triumph is impacted by Question 3 at all, it is because of how it has structured its operations. That Triumph sells pork into Massachusetts, or its clients sell pork into Massachusetts and ask Triumph to operate a certain way to ensure compliance, does not change the fact that Question 3 (like its California counterpart, Proposition 12) imposes no direct requirements on slaughterhouse operations.[7]

## ARGUMENT

### I.    Farmers, Packers, Distributors, And Others Work Together To Supply Pork To Consumers.

There are four relevant stages in the life cycle of a market pig.[8]

**Gestation** is the first stage and includes breeding and pregnancy.[9] Female pigs who have never birthed before are called

---

[7] Addendum 64.

[8] Pork Checkoff, *Life Cycle of a Market Pig*, https://tinyurl.com/4muvftc8 (last visited Oct. 21, 2024).

[9] *Id.*

**gilts**.[10]  After delivering for the first time, female pigs are called

**sows**.[11]  A sow typically has three to five litters before the sow is sold

for eventual slaughter.[12]  Breeding is either done through artificial

insemination or the mating of a gilt, or sow, by a male pig, called a

**boar**.[13]  Pregnancy lasts for approximately 16 weeks after successful

insemination or mating.[14]

During gestation, sows may be housed individually or in group

settings.  When housed individually, sows are kept in **gestation stalls**,

or **gestation crates**, which are pens "designed to encompass the sow's

static space requirements − that is, the space occupied by a sow when

standing or lying on her sternum."[15]  In a gestation crate, a "sow is

unable to turn around and simple movements such as standing up or

---

[10] USDA, Hogs & Pork, *Sector at a Glance*, https://tinyurl.com/yckvu5np (last updated Jan. 4, 2024).

[11] *Id.*

[12] *See* CLEAR Center at UC Davis, *What is the Lifecycle of a Pig in Market Production?* (Feb. 7, 2023), https://tinyurl.com/33fkavjr.

[13] USDA, *Sector at a Glance*, *supra* note 10.

[14] *Id.*

[15] Jeremy N. Marchant-Forde, *Sow Welfare Fact Sheet* 1, USDA (2010), https://tinyurl.com/6r5zy3sw.

lying down may be difficult if the sow is large."[16]  **Group housing** is also used, in which groups of sows are kept in open pens.[17]

**Farrowing**, which means giving birth, is the second stage.[18] Gilts, or sows, farrow a litter of 11 piglets on average.[19]  Farmers place identification markers on piglets shortly after birth.  A farmer can use a range of identification methods, from RFID ear tags to ear notching to DNA tracing.  These methods are described in more detail below in Section II.

Sows nurse piglets for about three weeks until the piglets are **weaned** (removed from the sow after they can subsist on food besides the sow's milk).[20]  Once they are weaned, piglets weigh around 12 to 14 pounds.[21]  A sow can be bred again shortly after piglets are weaned, allowing for at least two litters per year.[22]  Shortly before birth and until the piglets' weaning, many farms house sows in **farrowing**

---

[16] *Id.*

[17] *Id.*

[18] *Life Cycle of a Market Pig, supra* note 8.

[19] USDA, *Sector at a Glance, supra* note 10.

[20] *Id.*

[21] *Id.*

[22] *Id.*

**crates** that "confer[] similar degrees of confinement to the gestation crate."[23]

**Feeding** is the third stage.  After being weaned, some piglets are moved to feeder operations, also called nursery operations, where they are transferred from their litter to live with other piglets.[24]  The piglets are fed a diet sufficient to grow to an average weight of 40 pounds.[25] The feeding stage lasts approximately six to eight weeks.

**Finishing** is the fourth and final stage.  In the finishing stage, pigs consume a significant amount of feed to support their continued growth.  Around six months of age, the pigs reach a typical market weight of about 280 pounds.[26]  At this weight, the "finished" pig is ready for slaughter.[27]

This entire process takes place on **pig farms** and lasts about 38 to 42 weeks (nine to 10 months).  Traditionally, pig production occurred on farms that raised pigs from gestation to finishing, also called **Farrow-**

---

[23] Jeremy N. Marchant-Forde, *Swine Welfare Fact Sheet* 1, USDA (2011), https://tinyurl.com/24ez734e.
[24] *See* USDA, *Sector at a Glance*, *supra* note 10.
[25] *Id.*
[26] *Life Cycle of a Market Pig*, *supra* note 8.
[27] *See* USDA, *Sector at a Glance*, *supra* note 10.

**to-Finish farms**.[28]  Today, most pig farmers specialize in raising pigs for specific stages rather than throughout the entire life cycle, including:

- **Farrow-to-Wean**: breed pigs and raise piglets until they are weaned and then moved to Feeder farms;

- **Farrow-to-Nursery**: breed and raise pigs until they are about 50 pounds, when they are sold to Finishing farms where they will be fed until they reach market weight;

- **Feeder/Nursery**: take weaned pigs from Farrow-to-Wean farms and raise them until they are ready to be moved to Finishing farms; and

- **Finishing**: take pigs from Farrow-to-Nursery farms and/or Feeder/Nursery farms at around 40-50 pounds and raise the pigs until they reach market weight.[29]

After pigs reach market weight, they are typically transported to **packers**, which slaughter, process, and package pork for distribution to

---

[28] William D. McBride & Nigel Key, USDA, ERR-158, *U.S. Hog Production From 1992 to 2009: Technology, Restructuring, and Productivity Growth* 5 (2013), https://tinyurl.com/2p9xsnwe.
[29] Farms.com, *Swine Farming*, https://tinyurl.com/2sxhmnee (last visited Oct. 21, 2024).

retailers, food services, and other buyers.  Packers include household names like Triumph, Smithfield Foods, Hormel Foods, and Tyson Foods.

Many pig farms are contracted to supply pigs to specific packers.[30] The packer then outlines the "hog quantities and qualities," or conditions under which the pigs are raised—what type of food they are given, when certain vaccines are administered, whether the pigs are given growth hormones, and, particularly relevant here, what type of confinement system is used for housing breeding sows.[31]  This gives the packer "an assured supply of hogs with known characteristics" for eventual slaughter, processing, and sale, as if they had produced the

---

[30] McBride & Key, *supra* note 28, at 13; *see also* Smithfield Foods*, Hog Production at Smithfield Foods*, YouTube 00:02:10 (Oct. 9, 2013), https://tinyurl.com/45c9ta8s (describing "contract growing" arrangement for Smithfield Foods' hog production).

[31] McBride & Key, *supra* note 28, at 4, 13.  *See, e.g.*, David Jackson & Gary Marx, *Illinois Contract Pig Farmer: Work is Low-Paying, Physically Punishing*, Chicago Trib. (Aug. 8, 2016), https://tinyurl.com/5camehry ("But the animals are the property of larger companies that pay these growers a 'pig space' fee and dictate conditions of care, including supplying the feed and medications."); Smithfield, *2023 Sustainability Impact Report* 23 (2023), https://tinyurl.com/mr269xup (Smithfield "support[s] [its] U.S. contract farmers who are interested in transitioning to group housing.  As of 2023, 42% of our contract farmers in the U.S. use group housing for confirmed pregnant sows.").

hogs themselves.[32]  Thus, many farmers know in advance—through the terms of their contracts—the conditions under which their pigs must be raised to be marketable to their contracted packer.

Instead of contracting with farmers, some packers operate their own farms.  These packers thus self-manage the conditions under which their pigs are raised.  In 2023, the two largest packers owned almost a third of market pigs produced nationally: Smithfield Foods/WH Group (19%) and Pipestone Management (9%).[33]

Either way—whether farms are owned by, or in contract with, packers—Appellants' assertion that Question 3 "creates additional or different requirements on FMIA establishments" does not fully reflect today's swine industry.[34]  Pork producers know which packer will buy their pigs, often before the pigs are even born, and much of what happens in the slaughterhouse is the result of private contractual arrangements, not laws like Question 3.

---

[32] Ron Plain et al., *The Structure of the U.S. Pork Industry*, Pork Information Gateway 4 (2001), https://tinyurl.com/4f4vmz7v.
[33] Courtney Leeper Girgis, *Pork Powerhouses 2023: Sow Numbers, Pig Profits Down While Productivity Up*, Successful Farming (May 6, 2024), https://tinyurl.com/4xbdmazm.
[34] *See* Appellants Br. 58.

11

Indeed, after the packing plant, pork products are distributed to a range of sellers and customers, including grocery stores, restaurants, hotels, schools, and other food service outlets. In some instances, packers contract directly with retailers to provide pork products for later sale.[35] In other contexts, packers sell products to wholesale distribution companies like Sysco, one of North America's largest foodservice distributors. These distributors then sell the products to retailers and other providers for later sale to the consumer.[36] And both retailers and wholesale distributors place contractual conditions on the pork, such as requiring pigs be raised under certain conditions.

To meet the contractual obligations controlling much of the pork supply chain, tracing and segregation play an important role.

---

[35] *See, e.g.,* Tom Polansek & Nandita Bose, *JBS Meat Plants Reopen as White House Blames Russia-linked Group over Hack*, Reuters (June 2, 2021), https://tinyurl.com/mwwy5eub ("JBS sells beef and pork under the Swift brand, with retailers like Costco Wholesale Corp carrying its pork loins and tenderloins.").

[36] *See* Pig Progress, *Foodservice Distributor Sysco Says No to Sow Stalls* (July 24, 2012), https://tinyurl.com/57vxs75n.

## II. The Pork Industry Has Long Traced Product From Farm To Retail Sale And Successfully Segregated Supply Chains.

Traceability in the food industry means the creation of "an information trail that follows [a food] product's physical trail."[37]  A strong traceability system can: (1) identify a specific animal product; (2) track an animal product from its origin to the end of the supply chain; and (3) verify the animal's origin and the production process that got it from its origin to the consumer.[38]

### A. The pork industry has traced individual pigs since at least the early 1900s.

Tracing in the pork industry has always involved being able to identify the source of a particular pig.  This started with a crude system of ear notches and has evolved into a highly sophisticated system of tracing individual pigs from birth through all stages of the production process.

One of the earliest systems of tracing was **ear notching**.  Ear notching is a system of incisions on both ears of a pig, usually done soon after birth.  Ear notching provides a "permanent method of pig

---

[37] G.C. Smith et al., *Traceability from a US Perspective*, 71 Meat Science 174, 175 (2005) (citation omitted), https://tinyurl.com/2nzcskks.

[38] *See id.* at 176-77.

identification" from birth to slaughter.[39]  The Universal Ear-Notching System dates back to at least the early 1900s.[40]  Through ear notching, a farmer can identify both specific pig litters as well as the individual pigs within a litter.[41]

Farmers also use **tags** to identify pigs.  Tags are plastic or metal discs applied to pigs' backs or ears.  These tags allow for the identification of specific animals through USDA-approved identification numbers, including identification of animal-specific data, such as the conditions in which the animal was bred and raised.

Here is an example of an ear tag:[42]



---

[39] Matt Newman, *I'm All Ears – Understanding the Universal Ear-Notching System for Swine*, Rutgers 4-H Animal Science Resource Blog (July 14, 2019), https://tinyurl.com/22mr372t.
[40] *Id.*; *see also* F. Madec et al., *Traceability in the Pig Production Chain*, 20(2) Rev. Sci. Tech. 523, 534 (2001), https://tinyurl.com/eetmbuws.
[41] Newman, *supra* note 39.
[42] National Swine Registry, *Official Swine Ear Tags*, https://tinyurl.com/y53zmkmc (last visited Oct. 21, 2024).

While ear notching and basic plastic tags are still in use, larger farms as well as those producing pigs for specialty markets have adopted newer technology for tracking pigs.

**Radio Frequency Identification (RFID)** technology allows a farmer to attach an electronic ear tag to a pig that can "store and track information through a database using a readable scanner."[43]

Here is an example of RFID ear tags applied to young piglets:[44]



One of the most common uses of electronic ear tags is for managing the feeding of sows.[45]  Farmers input information about

---

[43] *Id.*; *see also* Brian Strobel, *RFID Improves Production of Breeding Sows* 8-12, Resource (July/Aug. 2021), https://tinyurl.com/mt2khu4u.
[44] Emmy Koeleman, *Extra B Vitamins Profits Pig Performance*, All About Feed (Apr. 9, 2017), https://tinyurl.com/ystftr43.
[45] Aerin Einstein-Curtis, *Electronic Feeding Systems Limit Feed Waste, Localize Sow Nutrition*, FeedNavigator (Nov. 21, 2019), https://tinyurl.com/yc2shrtz.

specific pigs, including medical or housing information, using mobile or computer applications.[46]  Sows enter a feeding station with an antenna that "reads" the electronic ear tag.[47]  Based on preset instructions captured from the ear tag for each individual sow, a certain amount of food is provided for the sow to eat.[48]  After the sow exits the feeding station, another sow is allowed to enter.[49]

RFID tags can be updated throughout a pig's life with extremely detailed information about the pig.  For example, RFID ear tags allow farms to store information such as the pig's "father, mother, date of birth and weight, … performance and vaccinations."[50]  Given RFID tags' ability to track and maintain such detailed information across a pig's life cycle and the slaughter process, it is a well-accepted industry practice to use RFID tags to trace and segregate pigs raised for specialty markets, such as pork products certified to have never

---

[46] *See, e.g.*, Allflex, *User Manual, RS420NFC Portable Stick Reader with NFC Feature* 8, https://tinyurl.com/yejwze46 (last visited Oct. 21, 2024).
[47] Illinois Pork Producers Ass'n, *Inside A Pig Barn – Electronic Sow Feeders*, YouTube 00:01:25 (June 12, 2017), https://tinyurl.com/352kw8v6.
[48] *Id.*
[49] *Id.*
[50] Roxell, *Market Trend: RFID Chip Revolutionizes the Pig Sector* (Nov. 2, 2020), https://tinyurl.com/5bfyk558.

received food additives or to never have been housed in gestation or farrowing crates.

**Tattoos** are also placed on pigs soon after birth and provide another permanent system of identification throughout the pig's life cycle.[51]

Here is an example of an ear tattoo:[52]



Even more advanced technology is used to trace individual pigs. **Biometrics**, such as DNA fingerprinting, use an animal's own DNA code or other biological marker to identify the specific animal and the products derived from it, allowing "meat to be traced with 100% precision" without the need for extensive documentation throughout the

---

[51] Palmer J. Holden & M.E. Ensminger, *Swine Science* 364 (7th ed. 2005).
[52] Ketchum Mfg. Inc., *Instructional Video on Ear Tattooing Pigs*, YouTube 00:01:10 (Oct. 22, 2013), https://tinyurl.com/yztsrep3.

supply chain.[53]  Some pork producers and retailers have also adopted

**blockchain technology** to "provide real-time traceability throughout

the supply chain."[54]  Blockchain "stores transactional information," so

that every step in the supply chain for pork production can be captured

in a trusted and unalterable record for later verification and tracking.[55]

### B.    Tracing and segregation also occur once pigs are ready for slaughter and turned into pork for retail sale.

When pigs arrive at a slaughterhouse, packers continue to identify

and trace "group or individual animals with their meat products," as

required by federal law for interstate movements.[56]  Tattoos like this

photo—which remain on a carcass during the entire slaughtering

process—are commonly used:[57]

---

[53]  Smith, *supra* note 37, at 178.

[54] JingDong Corporate Blog, *Walmart, JD.com, IBM and Tsinghua University Launch a Blockchain Food Safety Alliance in China* (Dec. 14, 2017), https://tinyurl.com/5hbmad8b.

[55] Mireille van Hilten, Guido Ongena, & Pascal Ravesteijn, *Blockchain for Organic Food Traceability: Case Studies on Drivers and Challenges*, Frontiers in Blockchain (Sept. 30, 2020), https://tinyurl.com/zwstbvcx.

[56] Elise Golan et al., USDA, AER 830, *Traceability in the U.S. Food Supply: Economic Theory and Industry Studies* 32 (2004), https://tinyurl.com/bdcpdrsz; 9 C.F.R. § 71.19.

[57] Ketchum Mfg. Inc., *Instructional Video on Shoulder Tattooing Market Pigs*, YouTube 00:01:02 (Sept. 12, 2013), https://tinyurl.com/yjsv82mb.



These tattoos correspond to a coding system that allows the packing plant to identify the origin of an individual pig or carcass throughout the production and slaughter process.[58]  Using tattoos, every pig that will be slaughtered can "be traced back through the entire system," from farm to "the finished product."[59]

The production of premium pork products also offers an example of existing segregation and tracing methods.  When meat will be labeled "certified organic," for example, packers use a range of approaches to segregate the meat from non-organic products.  These techniques

---

[58] Smithfield Foods, *Fresh Pork Production at Smithfield Foods*, YouTube 00:00:15 (May 14, 2013), https://tinyurl.com/2s3pk8ru.
[59] *Id.*; Elizabeth Cox, *Lessons About Proposition 12 from Recent Pork Producer Visits*, Cal. Dep't of Food & Agric. 3 (July 2022), https://tinyurl.com/4bn9af64.

include: isolating incoming animals in separate pens for processing; sequencing slaughtering and processing of animals at specified times of day or during the week separate from other animals; and using ear tags to track incoming animals and segregate them.[60]  Throughout processing, recordkeeping allows for continued tracing of each individual animal, such as on carcass trolleys or on barcodes where meat is placed in bins for movement through the packing plant.[61]

Segregation and tracing within a packing facility are especially accessible in the pork industry given the vertical coordination of farms, contractors, and producers.  Pig farms make agreements with contractors, who are often packers, to supply particular types of pigs for specific uses and markets.[62]  Because packers can schedule in advance what types of pigs are arriving at their facilities at any given time, "the batches of the products produced from segregated carcasses are segregated throughout the production chain."[63]

---

[60] Niche Meat Processor Assistance Network, *Certified Organic*, https://tinyurl.com/4ffv5cu6 (last visited Oct. 21, 2024).
[61] *See id.*; *see also* Golan, *supra* note 56, at 32.
[62] *See* Madec, *supra* note 40, at 534.
[63] *Id.*

### III. The Traceability And Segregation Of Pork Product Meet Critical Needs Of Pork Producers And Consumers.

The segregation and tracing described above are not only required by existing federal and trade group standards, but also allow producers to comply with public health and food safety requirements, meet consumer demand, and market their products accurately.

***Tracing and segregation are necessary for a rapid response to disease outbreaks.*** "Pigs are susceptible to many different diseases."[64] Thus, pork is a common source for foodborne-related disease outbreaks in the United States.[65] Both the USDA and the National Pork Board mandate careful tracing of pigs to prevent and mitigate disease outbreaks. As the USDA explained, "[a] comprehensive animal disease traceability system is our best protection against a devastating disease outbreak."[66] The USDA has therefore "committed to implementing a modern system that tracks animals from

---

[64] Pork Checkoff, PQA Plus, *Education Handbook* 7 (2022), https://tinyurl.com/yw6s2rnb.

[65] J.L. Self et al., *Outbreaks Attributed to Pork in the United States, 1998-2015*, 145(14) Epidemiology & Infection 2980, 2980 (2017), https://tinyurl.com/kcbww5b3.

[66] USDA, *Animal Disease Traceability* (Oct. 11, 2024), https://tinyurl.com/yc76jk4y.

birth to slaughter using affordable technology that allows for quick tracing of sick and exposed animals to stop disease spread."[67]  Since 2013, the USDA has required that any pig sent over state lines must be traceable to a specific farm or other livestock facility where it originated.[68]  As recent meat recalls have shown, this traceability is vital to food safety.[69]

In 2022, the National Pork Board announced a national tracing strategy to prevent and prepare for foreign animal disease.  Key to the strategy is the adoption of AgView, "a free, pig contact-tracing platform developed for producers."[70]  Using the AgView application, pork producers provide information on the type of farm they have, the number of pigs, where pigs are located, animal movements in-state and out-of-state, and lab results from foreign animal disease testing.[71]  As the National Pork Board's Acting Chief Veterinarian explained, AgView

---

[67] *Id.*

[68] 9 C.F.R. §§ 86.2-.5, *id.* § 71.19.

[69] Ellen Ioanes & Li Zhou, *Why Food Recalls Are Everywhere Right Now*, Vox (Oct. 23, 2024), https://tinyurl.com/2895nh9u (noting the need for USDA "to track problems to their source").

[70] Jennifer Shike, *National Pork Board CEO Addresses 2022 Priorities*, Farm Journal (Jan. 4, 2022), https://tinyurl.com/yabpefy5.

[71] AgView, *Frequently Asked Questions*, https://tinyurl.com/3dvsxvsz (last visited Oct. 22, 2024).

"makes disease traceback and pig movement data available to the USDA and state animal health officials on day one of a [foreign animal disease] outbreak."[72]

***Tracing and segregation are necessary to meet consumer demands.*** Growing consumer demand for premium pork products, such as "crate-free, beta-agonist-free, organic, and antibiotic-free" meat, has led pork producers to evolve their production practices.[73] "[F]armers and processors have already been tracing product from sow farm to end-product for years in order to market and sell premium pork products (such as 'crate-free' pork)."[74]

The USDA's Process Verified Program (a voluntary program established by the Agricultural Marketing Service and not under the FMIA) is the leading certification system for marketing this premium pork. The Process Verified Program has stringent requirements for segregating and tracing pork. For example, packers may wish to market pork products as "Never Fed Beta Agonists." Beta Agonists are

---

[72] Jennifer Shike, *Why the U.S. Pork Industry Won't Forget 2021*, Farm J. (Dec. 15, 2021), https://tinyurl.com/yc73zxja.

[73] *See* USDA, *Report to Congress: Livestock Mandatory Reporting* 17 (2018), https://tinyurl.com/2p8awn7w.

[74] Cox, *supra* note 59, at 2.

a class of feed additives that increase the growth rate of pigs,[75] and some consumers will pay more for meat from pigs who have not been fed these additives.  In order to label the pork as "Never Fed Beta Agonists," packers must ensure that farmers segregate "live animals that have been fed beta agonists from those that have not" and create a documented product identification system.[76]  In this way, "Never Fed Beta Agonists" pork products are "traceable throughout production" from farm to sale.[77]  USDA's Process Verified Program also requires the creation of verification testing to confirm that beta agonists were never provided.[78]

Only after following the established guidelines may packers "use the USDA PVP shield in accordance with Program requirements and

---

[75] Lindsay Chichester et al., *Beta-agonists: What Are They and Should I Be Concerned?*, Univ. of Nebraska-Lincoln BeefWatch (Oct. 1, 2013), https://tinyurl.com/3awcnv4y.
[76] USDA, *Quality Systems Verification Program (QSVP) Never Fed Beta Agonists Program* 2-3 (2019), https://tinyurl.com/yckkk34y.
[77] *Id.* at 3.
[78] *Id.* at 2.

market themselves as 'USDA Process Verified.'"[79]  The Process Verified

shield looks like this:[80]



Many of the largest pork producers participate in the Process

Verified Program, including Seaboard Foods (and its Triumph Foods

facilities), Clemens Food Group, JBS, Smithfield, and Tyson Fresh

Meats.[81]  For example, Smithfield, the largest pork producer in the

country, may market its pork with the USDA Processed Verified shield

and claim that "All pigs are traceable to farm of origin."[82]  It advertises

that its pork is "USDA Process Verified" on its website.[83]

---

[79] USDA, *Process Verified Program*, https://tinyurl.com/ycxmjjyj (last visited Oct. 22, 2024).

[80] USDA, *Grade Shields for PVP*, https://tinyurl.com/4nm3uzp8 (last visited Oct. 25, 2024).

[81] *See* USDA, *PVP Directory*, https://tinyurl.com/3wdv8hn4 (last visited Oct. 22, 2024).

[82] USDA, *Official Listing of Approved USDA Process Verified Programs* 55 (2024), https://tinyurl.com/npwfer5b.

[83] Smithfield, *Why Smithfield?*, https://tinyurl.com/385rpx2d (last visited Oct. 22, 2024).

Seaboard Foods satisfied the USDA's requirements for "Source Verification – Pork products can be traced back to source farms through a source verification system."[84]  It also markets its pork with the USDA Process Verified shield:[85]



The USDA's Process Verified Program is just one program geared toward certifying marketing claims.  Under the FMIA, the Food Safety and Inspection Service (FSIS) must approve product labels with animal-raising claims before they are sold to ensure that they are truthful and

---

[84] USDA, *Seaboard Foods Process Verified Program*, https://tinyurl.com/4pmkpwmb (last visited Oct. 22, 2024).
[85] Prairie Fresh, *Our Cuts*, https://tinyurl.com/59mjd93t (last visited Oct. 22, 2024) (picture enlarged for readability).

not misleading.[86]  These include animal welfare and environmental claims, such as Humanely Raised, Ethically Raised, Grass Fed, Free-Range, and Environmentally Responsible.[87]

For example, the agency requires that pork producers verify claims regarding the "conditions under which [pigs] were raised during their lifespan," such as a claim that a pork product is "Crate Free,"[88] like this example from Perdue Farms' Coleman Natural Foods:[89]



---

[86] *See* 21 U.S.C. § 607(d); 9 C.F.R. § 412.1(c)(3) & (e).

[87] USDA, *FSIS Guideline on Substantiating Animal-Raising or Environment-Related Labeling Claims* 7-8 (2024), https://tinyurl.com/y5f87u4j.

[88] *Id.* at 15.

[89] Perdue Farms, *Crate-Free Pork: What Crate-Free Means*, Pinterest, https://tinyurl.com/23nbpsxh.

"Crate free" pork generally means that neither the pig, nor its parents, were housed in gestation crates or farrowing crates.[90] FSIS will only approve a crate-free label after the producer provides documentation describing the controls it uses to ensure animals are raised according to this claim, including "the product tracing and segregation mechanism from time of slaughter or further processing through packaging and wholesale or retail distribution" and a "written description of the identification, control, and segregation of non-conforming animals/product."[91] Here is an example of crate-free bacon from Perdue Farms' Coleman Natural Foods:[92]



---

[90] Animal Welfare Institute, *A Consumer's Guide to Food Labels and Animal Welfare* 15 (2024), https://tinyurl.com/bde4v63t.
[91] *FSIS Guideline*, *supra* note 87, at 16.
[92] Coleman Natural Foods, *No-Sugar Applewood-Smoked Bacon*, https://tinyurl.com/2bjsdmdr (last visited Oct. 22, 2024) (picture enlarged for readability).

"Crate Free" is just one claim that must be approved by the FSIS. Others include living- and raising-conditions claims like Free Range, Not Confined, Free Roaming, Pasture Fed, Pasture Grown, Meadow Raised, and Pasture Raised.[93]  Labeling meat with any of those claims requires tracing and segregation from the farm of origin to the point of sale.

***Tracing and segregation are necessary to meet retailer demands.***  Numerous large food companies, retailers, and packers have also insisted that producers adhere to strict segregation and tracing protocols to ensure that they are making accurate claims to consumers about the pork they are sourcing.

There are many examples.  Target committed to eliminating gestation-crated pork from its supply chain in 2012.[94]  Starting in 2022, the company "launched a system to raise [its] fresh pork … in an open pen environment," and "expect[s] all pork suppliers to further reduce, and eventually eliminate, the number of days sows are housed in

---

[93] *FSIS Guideline, supra* note 87, at 15.
[94] Target, *Food Animal Welfare Commitments*, https://tinyurl.com/46zex8yz (last visited Oct. 22, 2024).

29

gestation crates."[95]  Marriott International included responsible sourcing of pork as one of its "2025 Sustainability And Social Impact Goals," meaning that pork products "are sourced from supply chains that have either reduced the use of gestation crates during a sow's 16-week pregnancy period (through 'group housing') or eliminated their use (through 'crate-free' production)."[96]  In 2012, Sodexo announced that it would phase out the use of gestation crates among its pork suppliers by 2022, and required increased tracing throughout its supply chain.[97]  In 2023, the company set a "goal for 100% free-to-roam systems (which includes group-housed/reduced gestation crate and gestation crate-free) by the end of 2024."[98]

Restaurant Brands International Inc. (RBI), which owns Burger King, has eliminated the use of gestation crates in its European and African markets, and expects gestation crates will be removed from its

---

[95] *Id.*

[96] Marriott International, *2024 Serve 360 Report: Environmental, Social & Governance Global Progress* 5 (2024), https://tinyurl.com/ydv2z6xj; Marriott International, *Responsible Pork Progress Plan*, https://tinyurl.com/mutfs3h3 (last visited Oct. 22, 2024).

[97] Sodexo, *Update on Animal Welfare in Our Responsible Sourcing Strategy* (Dec. 30, 2020), https://tinyurl.com/2p8de5h6.

[98] Sodexo, *Our Commitments to Animal Welfare* (May 1, 2023), https://tinyurl.com/28xtykwy.

U.S., Canada, Australia, and New Zealand markets in the near future.[99] Whole Foods has "prohibited the use of gestation and farrowing crates by all of [its] pork suppliers since 2003."[100] The Cheesecake Factory has set a goal of "[e]liminating pig gestation crates from [its] supply chain by 2025."[101] Chipotle refuses to serve pork from suppliers that use gestation crates,[102] and recently implemented RFID tags across its supply chain to better trace source ingredients.[103]

As these examples show, segregation and tracing are already commonplace in the modern pork market to comply with a variety of rules and demands. Massachusetts' Question 3 and California's Proposition 12 are similar—they do not impose any requirements on slaughterhouses; instead, slaughterhouses work with upstream and

---

[99] Restaurant Brands International Inc., *Animal Welfare*, https://tinyurl.com/5n7s8w55 (last visited Oct. 22, 2024).

[100] Frances Flower, *No Gestation Crates for Our Pigs*, Whole Foods Market (Mar. 22, 2012), https://tinyurl.com/tc2smk5d.

[101] The Cheesecake Factory, *2023 Corporate Social Responsibility Report* 51, https://tinyurl.com/yfdcppkz (last visited Oct. 22, 2024).

[102] Candice Choi, *Chipotle: No Pork at a Third of Restaurants*, Associated Press (Jan. 13, 2015), https://tinyurl.com/mttm3ntz.

[103] Lea Mira & Gavriel Shohet, *Chipotle Rolls Out RFID Technology to Improve Supply Chain Visibility and Restaurant Inventory Management*, Restaurant Technology News (May 19, 2024), https://tinyurl.com/mutvhmcy.

downstream partners to comply, and they work out privately whatever works best for them.

## IV.    The Pork Industry Can Use Existing Tracing And Segregation Methods To Supply Question 3-Compliant Pork.

Existing animal identification systems can be used to identify specific pigs and store information on whether the pig's mother was housed in a manner consistent with Question 3.

As described above, ear tags are already used to identify individual pigs, their health history, feeding history, and interstate movement.[104]  These tags already capture information relevant to specialty products like "grass-fed" or "hormone free," as well as information about humane farming practices, like a pig's mother's housing, for "crate-free" pork.[105]  Tracking Question 3-compliant pork

---

[104] *See* USDA, *Official Eartags: National Uniform Eartagging System* (June 25, 2018), https://tinyurl.com/5czt7c3x.

[105] *See* Greg Krahn, *Precision Technology's Role in R&D*, Feedstuffs (Apr. 1, 2021), https://tinyurl.com/sj3etdjr ("Through tracking and verification, improvements in swine welfare can be made and will meet future pork production stakeholders and consumer expectations. Development and implementation of these technologies improves the transparency and overall sustainable future of animal agriculture."); *see also* Joel L. Greene, Cong. Rsch. Serv., R40832, *Animal Identification and Traceability: Overview and Issues* 7 (2010),

using RFID ear tags, and even other lower-tech tracing methods like tattoos, would be an exceedingly minor adjustment to the data already tracked by the pork industry.[106]

Once data on Question 3 compliance is associated with a particular pig, it is entirely possible to segregate that pig from others. Many pig farmers already segregate pigs under contracts with packers and others to meet the needs of specific market segments.[107]  These same approaches will allow farmers to separate and trace Question 3-compliant litters.

Similarly, packers' existing processes of identifying groups and individual pigs for slaughter—including carcass tagging, tattoos, and trolley tracking—can be leveraged to both trace and segregate Question

---

https://tinyurl.com/ye75d6b5 ("When consumers seek meat, eggs, or milk from animals raised according to specified organic, humane treatment, or environmental standards, ID and traceability can help firms verify production methods.").

[106] Question 3, like Proposition 12, is agnostic as to the method used to trace pork's movement through the supply chain.

[107] Madec, *supra* note 40, at 534 ("A growing number of pork producer networks…have, as a rule, a partnership with the slaughter/processing company that separates the pigs for the [program] in question by groups.").

3-compliant meat products at the packing facility.[108]  For years, packing facilities have had processes to associate ear tags and other physical identifiers, like tattoos, from slaughter to the packaging of the finished product, allowing tracing even for particular cuts of pork.

All stakeholders in the supply chain can thus capture and track Question 3-compliant pork throughout a pig's life cycle.  Indeed, it is possible through tattoos used in packing plants for producers to identify from a single cut of meat all available data about that product, including the breeding farm where the pig was born and the housing system used for sows at that farm.[109]

Newer technological advances like blockchain technology offer even more possibilities for efficiently identifying and tracking individual pigs and pork products.  Walmart's recent blockchain pilot illustrates how Question 3-compliant pork, or other types of pork, can be traced more efficiently across the supply chain.  In partnership with

---

[108] Kim Flannery, *Keeping Tabs on Prop 12 Animal Movement*, Nat'l Hog Farmer (Jan. 3, 2024), https://tinyurl.com/y636n96z (explaining that new "event codes" in AgView will satisfy tracing requirements of Proposition 12).
[109] *See, e.g.*, *Fresh Pork Production at Smithfield Foods*, *supra* note 58, at 00:00:15.

IBM, Walmart announced a project in October 2016 to "trace pork sold in its China stores" and "the origin of mangos sold in Walmart's US stores" using blockchain technology.[110]  Walmart's project was spurred by a "massive pork mislabeling debacle" in China, where pork products labeled "organic" actually were just regular pork.[111]  The blockchain pilot created a web-based interface to track barcodes and labels that were uploaded to the system by suppliers at different stages in the supply chain.[112]  The new system allowed Walmart to trace "[i]nformation about farm origination, batch numbers, processing data, soil quality and fertilizers, and even storage temperatures and shipping details" that could "be uploaded on an e-certificate and linked to the product package via a QR code."[113]  The pilot also "reduced time for tracking mango origins from seven days to 2.2 seconds."[114]  Wendy's has

---

[110] Hyperledger, *How Walmart Brought Unprecedented Transparency to the Food Supply Chain with Hyperledger Fabric* 4 (2019), https://tinyurl.com/4zkuj5s8.

[111] Reshma Kamath, *Food Traceability on Blockchain: Walmart's Pork and Mango Pilots with IBM*, 1 J. Brit. Blockchain Ass'n 47, 47 (June 12, 2018), https://tinyurl.com/2n7jjy94; *see also* Melanie Lee, *Wal-Mart's Pork Scandal Highlights Struggles in China*, Reuters (Oct. 14, 2011), https://tinyurl.com/2fzjcxuk.

[112] Hyperledger, *supra* note 110, at 5.

[113] Kamath, *supra* note 111, at 49.

[114] *Id.* at 47.

also "test[ed] the use of blockchain technology to track and trace some of [its] Applewood Smoked Bacon through every step of the supply chain."[115]

Moreover, many major pork producers, including some of the country's largest packers, are already using pre-existing traceability systems to produce and supply pork that is compliant with California's Proposition 12.[116]  In 2023, Smithfield "continued to track group-housed pork throughout [its] supply chain."[117]  Hormel Foods has confirmed that "[a]ll of [its] designated market hogs are housed in group pens from birth," and its "independent hog suppliers … must agree to comply with local, state and federal laws … which includes animal welfare requirements."[118]  Perdue Farms' Sioux-Preme Packing Company has also confirmed that it "prepared its packing facilities to segregate California compliant pork to the extent any of its producers require

---

[115] Wendy's, *2020 Corporate Responsibility Report* 15 (2021), https://tinyurl.com/y5f4tddy.

[116] California Dep't of Food and Agric., *Registered Distributors – ACP*, https://tinyurl.com/2p8rm65k (including Clemens Food Group/Hatfield, Coleman, Hormel, Perdue, Seaboard, and Vande Rose Farms).

[117] Smithfield, *Animal Care*, https://tinyurl.com/amtpjar9 (last visited Oct. 22, 2024).

[118] Hormel Foods, *Hogs*, https://tinyurl.com/ycy39pd5 (last visited Oct. 22, 2024).

packing for California bound pork after January 1, 2022."[119]  Likewise, JBS and Premium Iowa Pork, have "demonstrated their commitment to production of Prop 12-compliant pork," including through the use of segregation and tracing.[120]  Other major producers tout their compliance with both Question 3 and Proposition 12 on their websites.[121]

Given existing technologies and processes, including those both pre-existing and implemented in response to California's Proposition 12, pork producers and others throughout the supply chain can trace and segregate Question 3-compliant pork without any substantial burden or expense.

---

[119] Memorandum of *Amicus Curiae* Perdue Premium Meat Co. at 9, *Iowa Pork Producers Ass'n v. Bonta*, No. 3:21-cv-3018 (N.D. Iowa Aug. 4, 2021), ECF No. 57.
[120] Cox, *supra* note 59, at 1-2.
[121] *See, e.g.,* Niman Ranch, *Niman Ranch Compliant with California's Proposition 12*, https://tinyurl.com/2u7k9h84 ("We offer written guarantees to our customers that we are indeed Prop 12 and Question 3 compliant.") (last visited Oct. 22, 2024); Clemens Food Group, https://tinyurl.com/3wun7n6j ("Making strides towards our greater commitment to be crate-free during gestation, Hatfield offers a variety of Prop 12 and Question 3 compliant pork products across our portfolio of Bacon, Marinated and Fresh Pork items.") (last visited Oct. 22, 2024).

# CONCLUSION

For the foregoing reasons, this Court should affirm the judgment of the district court.

Respectfully submitted,

*/s/ Elizabeth R. Moulton*

Katherine M. Kopp
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

Elizabeth R. Moulton
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
(415) 773-5700

Melanie R. Hallums
ORRICK, HERRINGTON &
  SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019

*Counsel for Amicus Curiae*

October 28, 2024

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 29(a)(5) and Circuit Rules 29 and 32-1 because this brief contains 6476 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Century Schoolbook 14-point font.

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Elizabeth R. Moulton*
Elizabeth R. Moulton
*Counsel for Amicus Curiae*