## DISCLOSURE STATEMENT

None of the *Amici Curiae* has a parent corporation. No publicly held company owns more than ten percent of stock in any of *Amici Curiae's* organizations.