## DISCLOSURE STATEMENT

Perdue Premium Meat Company, Inc., d/b/a Niman Ranch discloses that it is a privately held corporation, and that its ultimate parent corporation is Perdue Farms, Inc. No publicly held corporation owns stock in Perdue Farms, Inc.