In the
# United States Court of Appeals for the First Circuit

|  |  |  |
|---|---|---|
|  | * |  |
| *Triumph Foods, LLC, et al.*, Plaintiffs-Appellants, | * |  |
| v. | * | No. 24-1759 |
| *Andrea Joy Campbell, et al.*, Defendants-Appellees. | * |  |
|  | * |  |

* * * * * * * * * * * * *

## DISCLOSURE STATEMENT

Perdue Premium Meat Company, Inc., d/b/a Niman Ranch discloses that it is a privately held corporation, and that its ultimate parent corporation is Perdue Farms, Inc. No publicly held corporation owns stock in Perdue Farms, Inc.

Dated: October 28, 2024

/s/ Mitchell Y. Mirviss
Mitchell Y. Mirviss (Bar No. 1214195)
Kyle H. Keraga
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
(410) 244-7412

Roger A. Colaizzi
VENABLE LLP
600 Massachusetts Ave., N.W.
Washington, DC 20001
(202) 344-4400

*Counsel for Amicus Curae*
*Perdue Premium Meat Company, Inc., d/b/a Niman Ranch*