# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 24-1759    Short Title: Triumph Foods, LLC, et al. v. Andrea Joy Campbell, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Animal Wellness Action and The Center for a Humane Economy                                    as the

[ ] appellant(s)         [ ] appellee(s)         [X] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s Jessica L. Blome                              October 29, 2024
Signature                                        Date

Jessica L. Blome
Name

Greenfire Law, PC                                641-431-0478
Firm Name (if applicable)                        Telephone Number

2748 Adeline Street, Suite A                     510-900-9502
Address                                          Fax Number

Berkeley, CA 94703                               jblome@greenfirelaw.com
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 1193829

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes   Court of Appeals No. _____

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).