# United States Court of Appeals
### For the First Circuit

_____

No. 24-1759

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, individually and on behalf of its members; EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

Defendants - Appellees.
_____

**ORDER OF COURT**

Entered: November 1, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Attorney Mitchell Y. Mirviss' motion for leave to enter an appearance on behalf of Amicus Curiae Perdue Premium Meat Company, Inc. is granted. Attorney Mitchell Y. Mirviss' notice of appearance is accepted for filing as of this date.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Robert L. Peabody, Ryann Glenn, Michael Thomas Raupp, Cynthia Cordes, Spencer Tolson, Maryanne Reynolds, Vanessa Arslanian, Grace Gohlke, Bruce A. Wagman, David M. Jellinek, Eric H. Wessan, Adam F. Keats, Jessica L. Blome, Mitchell Mirviss, Katie Kopp, Elizabeth Moulton, Melanie Hallums