# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1759        **Short Title:** Triumph Foods, LLC, et al. v.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Perdue Premium Meat Company, Inc. d/b/a Niman Ranch        as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Mitchell Y. Mirviss
Signature

October 29, 2024
Date

Mitchell Y. Mirviss
Name

Venable LLP
Firm Name (if applicable)

410-244-7412
Telephone Number

750 E Pratt Street, Suite 900
Address

410-244-7742
Fax Number

Baltimore, Maryland 21202
City, State, Zip Code

mymirviss@venable.com
Email (required)

Court of Appeals Bar Number: 1214195

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).