# United States Court of Appeals
## For the First Circuit

No. 24-1759

TRIUMPH FOODS, LLC, CHRISTENSEN FARMS MIDWEST, LLC, THE HANOR COMPANY OF WISCONSIN, LLC, NEW FASHION PORK, LLP, EICHELBERGER FARMS, INC. and ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs, Appellants,

v.

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts, and ASHLEY RANDLE, in her official capacity as Commissioner of the Massachusetts Department of Agricultural Resources,

Defendants, Appellees.

**JUDGMENT**

Entered: October 3, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's rulings are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Robert L. Peabody, Ryann Glenn, Michael Thomas Raupp, Cynthia Cordes, Spencer Tolson, Maryanne Reynolds, Vanessa Arslanian, Grace Gohlke, Bruce A. Wagman, David M. Jellinek, Eric H. Wessan, Adam F. Keats, Jessica L. Blome, Mitchell Mirviss, Katie Kopp, Elizabeth Moulton, Melanie Hallums