# United States Court of Appeals
## For the First Circuit

No. 24-1759

TRIUMPH FOODS, LLC, individually and on behalf of its members; CHRISTENSEN FARMS MIDWEST, LLC, individually and on behalf of its members; THE HANOR COMPANY OF WISCONSIN, LLC, individually and on behalf of its members; NEW FASHION PORK, LLC, individually and on behalf of its members; EICHELBERGER FARMS, INC., individually and on behalf of its members; ALLIED PRODUCERS' COOPERATIVE, individually and on behalf of its members,

Plaintiffs - Appellants,

v.

ANDREA JOY CAMPBELL, Attorney General of Massachusetts; ASHLEY RANDLE, Massachusetts Commissioner of Agriculture,

Defendants - Appellees.

**MANDATE**

Entered: October 27, 2025

  In accordance with the judgment of October 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Vanessa Arslanian, Jessica L. Blome, Cynthia Cordes, Ryann Glenn, Grace Gohlke, Melanie Hallums, David M. Jellinek, Adam F. Keats, Katie Kopp, Mitchell Mirviss, Elizabeth Moulton, Robert L. Peabody, Michael Thomas Raupp, Maryanne Reynolds, Spencer Tolson, Bruce A. Wagman, Eric H. Wessan