# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 31, 2025

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Triumph Foods, LLC, et al.
v. Andrea J. Campbell, Attorney General of Massachusetts, et al.
Application No. 25A739
(Your No. 24-1759)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Jackson, who on December 31, 2025, extended the time to and including March 2, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by

Rashonda Garner
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Michael Thomas Raupp
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Case: 24-1759    Document: 00118387751    Page: 3    Date Filed: 01/07/2026    Entry ID: 6777052

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



quadient
FIRST-CLASS MAIL
IMI
$000.74
01/02/2026 ZIP 20543
043M31266310



SCREENED
JSMS



02210$3026 C079