# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 4, 2026

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Triumph Foods, LLC, et al.
    v. Andrea J. Campbell, Attorney General of Massachusetts, et al.
    No. 25-1047
    (Your No. 24-1759)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 2, 2026 and placed on the docket March 4, 2026 as No. 25-1047.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst