# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 30, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Triumph Foods, LLC, et al.
v. Andrea J. Campbell, Attorney General of Massachusetts, et al.
No. 25-1047
(Your No. 24-1759)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito and Justice Kavanaugh would grant the petition for a writ of certiorari.

Sincerely,

**Scott S. Harris**, Clerk